AEE

**FILED**
**FEBRUARY 26, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1163**

In the Matter of                                                                 Case Number:

Painters District Council No. 30
v.
Vinco Painting Inc.

**JUDGE CONLON**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Painters District Council No. 30

| | |
|---|---|
| NAME (Type or print) <br> David Huffman-Gottschling | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David Huffman-Gottschling | |
| FIRM <br> Jacobs, Burns, Orlove, Stanton & Hernandez | |
| STREET ADDRESS <br> 122 S. Michigan Avenue, Suite 1720 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603-6145 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06269976 | TELEPHONE NUMBER <br> (312) 327 - 3443 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |