AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Painters District Council No. 30

V.

Vinco Painting Inc.

CASE NUMBER: **08 C 1163**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE CONLON**
**MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Vinco Painting Incorporated
c/o Vince Angelilli, Registered Agent
4637 N. Forestview Ave.
Chicago, IL 60656-4132

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Huffman-Gottschling
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, IL 60603-6145

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

**February 26, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾
DATE: March 4'th, 2008

NAME OF SERVER (PRINT): Philip M. Ducar
TITLE: Special Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Left the Summons and the Complaint with Mr. Vince Angelilli, of Vinco Painting, Inc. Service was effected at 4637 N. Forestview Ave., in Chicago, Ill., at the hour of 10:45 a.m., on March 4'th, 2008. (M/W/50 to 55 yrs.,6'-2", 250 lbs).

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 4'th, 2008
Date

Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.