**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Painters District Council No. 30,<br><br>    Plaintiff/Counterdefendant,<br>v.<br><br>Vinco Painting Inc.,<br><br>    Defendant/Counterplaintiff. | Case No. 08-cv-1163<br>Judge Conlon<br>Magistrate Judge Ashman |

**INDEX OF EXHIBITS**

1. Defendant's Answer

2. Declaration of Charles E. Anderson

    A. Collective-bargaining agreement effective May 1, 2004 – April 20, 2008

    B. Signature Page executed by Vinco Painting Inc.

    C. Letter from James Stelmasek to Charles Anderson dated December 28, 2007

    D. Letter from Charles Anderson to Vince Angelilli dated January 2, 2008

    E. Envelope originally enclosing exhibit (D)

    F. Minutes of January 17, 2008, meeting of Joint Trade Board

    G. Letter from Charles Anderson to Vince Angelilli dated January 22, 2008

    H. Envelope originally enclosing exhibit (G)

    I. Minutes of March 13, 2008, meeting of Joint Trade Board

3. Defendant's Answers to Plaintiff's Requests for Admission

4. Defendant's Answers to Plaintiff's Interrogatories