## SIGNATURE PAGE

The May 1, 2004 through April 30, 2008 Agreement between Painters' District Council No. 30 and the FCA of Illinois and various individual Painting, Decorating and Drywall Finishing Contractors

Company Name  VINCO PAINTING INC.

Address  2649 N. ALLEN
CHICAGO, IL 60631

Signature  _[signature]_

Title  PRESIDENT

Print name  VINCE ANGELILLI

Drivers License #  A524870713551

Phone number  7735077460

Date signed  8-3-07

Federal Identification #  38-3739026

State Unemployment #  05710-15336

State Tax #  _____

#2607

71

72


# THE BENEFITS OFFICE
## PAINTERS DISTRICT COUNCIL NO. 30

www.paintersdc30benefits.com          888.519.9500

**HEALTH & WELFARE**
TRUSTEES
UNION
CHARLES ANDERSON
AARON ANDERSON
BRIAN DAHL
JAMES STELMASEK

EMPLOYER
ROBERT HAND
MICHAEL LEGOOD
JOACHIM MARING
DONALD STEADMAN



**PENSION**
TRUSTEES
UNION
CHARLES ANDERSON
AARON ANDERSON
BRIAN DAHL
JAMES STELMASEK

EMPLOYER
ROBERT HAND
MICHAEL LEGOOD
JOACHIM MARING
DONALD STEADMAN

MILAN DIKLICH
ADMINISTRATIVE MANAGER

August 31, 2007

Vinco Painting Inc.
6649 Ogallah
Chicago, IL 60631

Dear Mr. Angelilli,

Welcome to the Painters District Council No. 30 Fringe Benefit Funds. Please read the following information carefully. It contains information regarding the due date of the contributions and the assessment of liquidated damages and interest. Please call the Fund Office at (630) 513-9500 if you have any questions.

## COMPLETION OF THE CONTRIBUTION FORM

Please fill the contribution form out completely. The correct posting of your employee's hours depends on you. **All sections of the form must be completed and the form MUST be signed.** A separate check must be made out for each of the seven funds. A new employer is required to report hours and pay the appropriate contributions every two weeks. Contributions for hours worked from the 1st day of the month through the 15th day of the month are due by the 20th of the month. Contributions for hours worked from the 16th day of the month through the last day of the month are due by the 5th day of the following month. All checks and reporting forms must be mailed directly to the Fund Office at 1905 Sequoia Dr., Ste. # 203, Aurora, IL 60506 in the envelope that will be provided. THE CONTRIBUTION REPORTS MUST BE RETURNED EVEN IF THERE ARE NO HOURS TO BE REPORTED. New employers will be released to monthly reporting after six months of bi-monthly reporting. You will be notified of your release date.

**Please Note:** JOURNEYMEN pay into all Funds. APPRENTICES pay into all funds except for PENSION.

*Local Unions 157, 209, 465, 467, 607, 1355, & G157(1164):* Depending on what local the member belongs to, depends on the amount of PENSION that is paid to Painters District Council #30 Pension Fund and





the International Painters And Allied Trades Industry Pension Fund. Please refer to your Wage & Contribution Rate Sheet.

## LIQUIDATED DAMAGES

Liquidated damages will be assessed at 5% of the total contributions due with a minimum assessment of $50 for the first month of delinquency. If a delinquency extends into a second month, 10% of the total contributions due will be assessed with a minimum of $75 assessable for the second month. If the Fund Office should find it necessary to pursue litigation to collect a delinquency or if a delinquency extends into a third month, liquidated damages will be assessed at **20% of the total contributions due.** The liquidated damages and interest are assessed after your report and contributions have of the amount owed.

## INTEREST

Interest will be assessed at 18% of the total amount due, compounded monthly, and will be calculated on a pro rata basis.

## WAIVER POLICY

Liquidated damages will be waived only once during the course of an employer's affiliation with the Painters District Council No. 30 Fringe Benefit Funds. Interest will not be waived. The Trustees and the Fund Office staff have a fiduciary responsibility to their participants to collect monies owed on a timely basis.

## CALCULATION ERRORS

If errors in the calculation of contributions are made, you will receive a letter advising that your account is not balanced. Any overage or shortage may be adjusted on your current report. Please be certain, however, that **credits for overages be taken only against the Funds for which the overage exists.**

Sincerely,

Ryan Anderson
Director of Organizational Development