# PAINTERS DISTRICT COUNCIL 30

Office of Membership Services

JAMES STELMASEK
Director of Membership Services

Charles Anderson, Secretary Treasurer
Painters District Council #30
1905 Sequoia Drive, Suite 201
Aurora, IL 60506

RE: Vinco Painting, Inc.
Vince Angelilli
Ph. 773-507-7400

December 28, 2007

Dear Sir and Brother,

I, James Stelmasek, District Council #30 Representative do hereby charge Vinco Painting with the following violations of the current Collective Bargaining Agreement:

Article 4, Union Security: Dues Check off and Organizing & Defense Fund, Sec. 4.2 (pg. 7)
Article 8, Wage Rates: Overtime Issues, Sec. 8.6 (pg. 25)
Payment of Wages and Check Stubs, Sec. 8.7 (a) and (b) (pgs. 25 & 26)
Article 9, Benefit Funds: Monthly Reporting, Sec. 9.3 (b) (pg.31)

District Council #30 members Loren Deland, William Medina, Jesus Mota and Jeremy Weise worked at various locations for Vinco Decorating. All members were laid off and have not received their last paychecks even though Vince was contacted numerous times by the members and District Council Representative Brian Muscat.

Loren worked at the Palos Heights Dominick's store and did not receive overtime for two weeks that he received a paycheck and is owed second shift premium pay for the last week he worked. William worked at the same location and is owed regular and overtime pay. Jesus worked at One North LaSalle in Chicago and is owed regular and overtime pay. Jeremy worked at the Dominick's in Bloomingdale and is owed second shift premium pay. (Please see attached for dates, hours and amounts owed).

Jeremy did not receive a paycheck stub for the week of October 8, 2007. Loren's pay stubs were a typed word document instead of the required detachable type.

The hours owed have not been reported to The Benefit Funds Office.

Sincerely,

James Stelmasek
Director of Membership Services

228