# PAINTERS DISTRICT

## Joint Trade Board

JUSTIN AVEY
Chairman

CHARLES ANDERSON
Secretary

January 3, 2008

Vince Angelilli
Vinco Painting, Inc.
6649 Ogallah
Chicago, Illinois   60631

Certified Return Receipt Mail
1st Class Mail

Dear Mr. Angelilli:

Charges have been filed against your company for violations of the Collective Bargaining Agreement to which you are signatory. You are instructed to appear before the next meeting of Painters District Council No. 30's Joint Trade Board which will be held at the District Council office on January 17, 2008 at 9:00 a.m. You are required to bring all time card/time sheets, payroll journals and records, copies of all payroll checks and payroll stubs, State of Illinois Department of Employment Security form UI-3/40, Federal form 941 and form IL-501 for calendar year 2007.

A copy of the complaint has been enclosed for your review. Failure to appear will result in a hearing held in your absence and the decision of the Trade Board will be final and binding. If this matter is referred to Civil Court for adjudication, all attorney's fees and court costs will be added to any remedy issued by the Board.

If you have any questions regarding this matter, please call my office.

Sincerely,

Charles E. Anderson
Secretary-Treasurer

Enclosure

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Postmark Here

7006 2150 0000 4493 9644

Vince Angelilli
Vinco Painting
6649 Ogallah
Chicago, IL  60631

1905 Sequoia Drive, Suite 201, Aurora, Illinois 60506 • 630.377.2120
www.paintersDC30.com

# PAINTERS DISTRICT COUNCIL 30

### Office of Membership Services

JAMES STELMASEK
*Director of Membership Services*

Charles Anderson, Secretary Treasurer
Painters District Council #30
1905 Sequoia Drive, Suite 201
Aurora, IL 60506

RE: Vinco Painting, Inc.
Vince Angelilli
Ph. 773-507-7400

December 28, 2007

Dear Sir and Brother,

I, James Stelmasek, District Council #30 Representative do hereby charge Vinco Painting with the following violations of the current Collective Bargaining Agreement:

<u>Article 4, Union Security:</u>  Dues Check off and Organizing & Defense Fund, Sec. 4.2 (pg. 7)
<u>Article 8, Wage Rates:</u>  Overtime Issues, Sec. 8.6 (pg. 25)
Payment of Wages and Check Stubs, Sec. 8.7 (a) and (b) (pgs. 25 & 26)
<u>Article 9, Benefit Funds:</u>  Monthly Reporting, Sec. 9.3 (b) (pg.31)

District Council #30 members Loren Deland, William Medina, Jesus Mota and Jeremy Weise worked at various locations for Vinco Decorating. All members were laid off and have not received their last paychecks even though Vince was contacted numerous times by the members and District Council Representative Brian Muscat.

Loren worked at the Palos Heights Dominick's store and did not receive overtime for two weeks that he received a paycheck and is owed second shift premium pay for the last week he worked. William worked at the same location and is owed regular and overtime pay. Jesus worked at One North LaSalle in Chicago and is owed regular and overtime pay. Jeremy worked at the Dominick's in Bloomingdale and is owed second shift premium pay. (Please see attached for dates, hours and amounts owed).

Jeremy did not receive a paycheck stub for the week of October 8, 2007. Loren's pay stubs were a typed word document instead of the required detachable type.

The hours owed have not been reported to The Benefit Funds Office.


Sincerely,

*James Stelmasek*
James Stelmasek
Director of Membership Services

228