# PAINTERS DISTRICT COUNCIL 30 JOINT TRADE BOARD
# JANUARY 17, 2008

The meeting of Painters District Council 30's Joint Trade Board was called to order at 9:00 a.m. by Chairman Pro-Tem Michael LeGood.  In attendance representing Painters District Council No. 30 were Charles E. Anderson, Aaron Anderson, Brian Muscat, Mark Guethle and Todd Dotson, representing the FCA of Illinois were Joe Maring, Michael LeGood and Rick Vandegraft.

Minutes of the previous meeting had been distributed by e-mail.  A motion was made, seconded and passed to accept the minutes as presented.

Secretary-Treasurer Anderson advised the Board that Bryer Construction had not complied with the ruling issued by the Joint Trade Board.  He stated Bryer Construction had been referred to the Council's attorneys for collection.

The case of K. R. Drywall was presented to the Board by Secretary-Treasurer Anderson.  Greg Thompson and Ken Teske, representing K. R. Drywall, were in attendance.  After hearing the facts as they related to the case, the Board suspended the hearing until further investigation is completed.   The case of VINCO Painting was presented to the Board by Secretary-Treasurer Anderson.   James Stelmasek, Director of Membership Servicing and Member Loren Deland were in attendance.  Vince Angelilli of VINCO Painting was absent.  In accordance with the rules of the Joint Trade Board the hearing was held in his absence.  The facts and testimony as they related to the charges were presented to the Board.  After hearing the testimony the Board found VINCO guilty as charged and set forth the following decisions:  VINCO is to pay Loren Deland $38,591.82 ($500.00 per day for 73 days for non-payment of overtime plus actual overtime 11-5-07 through 1-17-08), pay William Medina $40,092.95 ($500.00 per day for 79 days for non-payment of overtime plus actual overtime 10-30-07 through 1-17-08), pay Jesus Mota $32,048.70 ($500.00 per day for 63 days for non-payment of overtime plus actual overtime 11-15-07 through 1-17-08), pay Jeremy Weise $47,216.39 ($500.00 per day for 94 days for non-payment of overtime plus actual overtime 10-15-07 through 1-17-08).  In addition, VINCO is to pay Painters District Council 30 a total of $148,000.00 for violations of the Collective Bargaining Agreement ($500.00 per day for 94 days of no overtime permit, 101 days of not registering job locations and 101 days for not providing check stubs to the employees).  Mr. Angelilli will be informed that all payments are to be sent to the District Council before January 31, 2008.  The case of TRICOR Carpentry was presented to the Board by Secretary-Treasurer Anderson.   James Stelmasek, Director of Membership Servicing and Member Jorge Vargas were in attendance.  James Weber of TRICOR Carpentry was absent.  In accordance with the rules of the Joint Trade Board the hearing was held in his absence.  The facts and testimony as they related to the charges were presented to the Board.  After hearing the testimony the Board found TRICOR Carpentry guilty as charged and set forth the following decisions:  TRICOR is to pay Jorge Vargas a total of $246,413.56 ($500.00 per day for 349 days for non-payment of overtime and actual overtime and $500.00 per day for 142 days of not providing taping tools to Jorge Vargas

and requiring him to use his own tools).  In addition, TRICOR Carpentry is to pay Painters District $349,000.00 for violations of the Collective Bargaining Agreement ($500.00 per day for 349 days of no overtime permit and 349 days of not registering job locations).  Mr. Weber will be informed that all payments are to be sent to the District Council before January 31, 2008.

**The next meeting of the Joint Trade Board was scheduled for March 13, 2008 at 9:00 a.m.**

No further business was brought before the Board the meeting was adjourned.

Respectfully submitted
Charles E. Anderson
Secretary-Treasurer