# PAINTERS DISTRICT CO[UNCIL]

Joint Trade Board

[   ] AVEY
Chairman

CHARLES ANDERSON
Secretary

January 22, 2008

Vince Angelilli
Vinco Painting, Inc.
6649 Ogallah
Chicago, Illinois 60631

Certified Return Receipt Mail
1st Class Mail

Dear Mr. Angelilli:

The following is the excerpt from the minutes of Painters District Council 30's Joint Trade Board hearing involving your company. I am sure that you will find it self explanatory.

> The case of VINCO Painting was presented to the Board by Secretary-Treasurer Anderson. James Stelmasek, Director of Membership Servicing and Member Loren Deland were in attendance. Vince Angelilli of VINCO Painting was absent. In accordance with the rules of the Joint Trade Board the hearing was held in his absence. The facts and testimony as they related to the charges were presented to the Board. After hearing the testimony the Board found VINCO guilty as charged and set forth the following decisions: VINCO is to pay Loren Deland $38,591.82 ($500.00 per day for 73 days for non-payment of overtime plus actual overtime 11-5-07 through 1-17-08), pay William Medina $40,092.95 ($500.00 per day for 79 days for non-payment of overtime plus actual overtime 10-30-07 through 1-17-08), pay Jesus Mota $32,048.70 ($500.00 per day for 63 days for non-payment of overtime plus actual overtime 11-15-07 through 1-17-08), pay Jeremy Weise $47,216.39 ($500.00 per day for 94 days for non-payment of overtime plus actual overtime 10-15-07 through 1-17-08). In addition, VINCO is to pay Painters District Council 30 a total of $148,000.00 for violations of the Collective Bargaining Agreement ($500.00 per day for 94 days of no overtime permit, 101 days of not registering job locations and 101 days for not providing check stubs to the employees). Mr. Angelilli will be informed that all payments are to be sent to the District Council before January 31, 2008.

As a reminder, the decision of Painters District Council 30's Trade Board is final and

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Postmark Here

7006 2150 0002 0963 9743

Vince Angelilli
Vinco Painting, Inc.
6649 Ogallah
Chicago, IL 60631

binding on all parties. If this matter is referred to Civil Court for adjudication, all attorney's fees and court costs will be added to the fine issued by the Board.

If you have any questions regarding this matter, please call my office.

Sincerely,

Charles E. Anderson
Secretary-Treasurer