**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Vince Angelilli
   Vinco Painting, Inc.
   6649 Ogallah
   Chicago, IL 60631

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0002 0963 9743

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

$5.21 US POSTAGE FIRST-CLASS
062S0006422234 60506

FEB 25

1st Notice 1-30
2nd Notice 2-4
Return 2-15

7006 2150 0002 0963 9743

Vince Angelilli
Vinco Painting, Inc.
6649 Ogallah
Chicago, IL 60656

RETURN TO SENDER
HARWOOD HTS. 60656
UNCLAIMED