# PAINTERS DISTRICT COUNCIL 30 JOINT TRADE BOARD
## March 13, 2008

The meeting of Painters District Council 30's Joint Trade Board was called to order at 9:00 a.m. by Chairman Justin Avey. In attendance representing Painters District Council No. 30 were Charles E. Anderson, Aaron Anderson, Brian Muscat, Mark Guethle and Todd Dotson, representing the FCA of Illinois were Joe Maring, Michael LeGood, Justin Avey and Rick Vandegraft.

Minutes of the previous meeting had been distributed by e-mail. A motion was made, seconded and passed to accept the minutes as presented.

Secretary-Treasurer Anderson provided a status report on Vinco to the Board. He stated suit had been filed against Vinco for non-compliance with the Collective Bargaining Agreement, disregard for the Trade Board ruling and delinquent contributions to the Funds.

Secretary-Treasurer Anderson informed the Board that Tricor Carpentry was appealing the decision of the Trade Board. Anderson stated Tricor Carpentry was present and wished to address the Board. The Board agreed to re-open the hearing and allow Tricor Carpentry to appear before the Board. James Stelmasek, Director of Membership Servicing and District Council 30 Organizer, Lionel Espinoza (acting as an interpreter) and Member Jorge Vargas were in attendance as well as James Weber and Robert Sebastian of Tricor Carpentry. After hearing the testimony from both parties as they related to the hearing the Board's decision was as follows: TRICOR's fine for not reporting all jobs to Painters District Council 30 was reduced to a $10,000.00 fine which will be held in abeyance for a period of twelve months, provided all job reports are received at the District Council office no later than the end of business on March 14, 2008. In addition, Tricor Carpentry was instructed to send a settlement payment made payable to Jorge Vargas in the amount of $3,000.00 and a payment of delinquent contributions due on behalf of Mr. Vargas in the amount of $588.57 made payable to Painters District 30's Funds, to Painters District Council 30's office within ten days of the hearing.

**The next meeting of the Joint Trade Board was scheduled for May 14, 2008 at 9:00 a.m.**

No further business was brought before the Board the meeting was adjourned.

Respectfully submitted
Charles E. Anderson
Secretary-Treasurer