# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1163 |
| v. | ) | |
| | ) | |
| VINCO PAINTING INC., | ) | Judge Conlon |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S ANSWERS TO PLAINTIFF'S REQUESTS FOR ADMISSION

Defendant, Vinco Painting, Inc. provides the following Answers to Plaintiff's Requests for

Admission of Facts and Genuineness of Documents:

1. As of January 30, 2008, the address that Vinco had most recently reported to the
Union as its mailing address was 6649 N. Ogallah Ave., Chicago, IL 60631.

**ANSWER:**    Deny.

2. As of January 22, 2008, the address that Vinco had most recently reported to the

Union was 6649 N. Ogallah Ave., Chicago, IL 60631.

**ANSWER:**    Deny.

3. As of January 3, 2008, the address that Vinco had most recently reported to the Illinois

Secretary of State for its Registered Agent was 6649 N. Ogallah Ave., Chicago, IL 60631.

**ANSWER:**    Deny.

4. As of January 22, 2008, the address that Vinco had most recently reported to the

Illinois Secretary of State for its Registered Agent was 6649 N. Ogallah Ave., Chicago, IL 60631.

**ANSWER:**   Deny.

5. As of the present date, the address for Vinco's Registered Agent indicated on the Corporate Search web site of the Illinois Secretary of State is 6649 N. Ogallah Ave., Chicago, IL 60631.

**ANSWER:**   Admit.

6. The document attached as Exhibit 7 to Plaintiff's Rule 26(a)(1) Disclosures is a true and correct copy of the collective bargaining agreement effective May 1, 2004, through April 30, 2008, between the Union and the Finishing Contractors Association of Illinois and various individual painting, decorating and drywall finishing contractors (the "CBA").

**ANSWER:**   Admit.

7. The document attached as Exhibit 8 to Plaintiff's Rule 26(a)(1) Disclosures is a true and correct copy of a signature page executed by Vince Angelilli on behalf of Vinco on August 30, 2007.

**ANSWER:**   Admit.

8. Vinco was bound to the CBA during the period August 30, 2007, through April 30, 2008.

**ANSWER:**   Admit.

9. Vinco received a copy of the document attached as Exhibit 2 to Plaintiff's Rule 26(a)(1) Disclosures prior to receiving Plaintiff's Rule 26(a)(1) Disclosures.

**ANSWER:**   Deny.

10. Vinco received a copy of the document attached as Exhibit 3 to Plaintiff's Rule 26(a)(1) Disclosures prior to receiving Plaintiff's Rule 26(a)(1) Disclosures.

**ANSWER:**   Admit.

Respectfully submitted,

One of the Attorneys for the Defendant

Joseph P. Berglund
Kenneth M. Mastny
Berglund & Mastny, P.C.
900 Jorie Blvd, Suite 122
Oak Brook, IL   60523
(630) 990-0234

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury under the law of the United

States of America, that I served the ***Defendant's Answers to Plaintiff's Requests for Admissions***

upon the following individual(s):

> David Huffman-Gottschling
> Jacobs, Burns, Orlove, Stanton & Hernandez
> 122 South Michigan Ave., Ste. 1720
> Chicago, Illinois 60603

at the address indicated, by depositing same in the U.S. Mail, postage fully prepaid, at 900 Jorie Blvd.,

Oak Brook, Illinois, on this 27th day of May, 2008.

Joseph P. Berglund

BERGLUND & MASTNY, P.C.
900 Jorie Blvd., Suite 122
Oak Brook, IL 60523
(630) 990-0234