UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Painters District Council No. 30,

    Plaintiff/Counterdefendant,

v.

Vinco Painting Inc.,

    Defendant/Counterplaintiff.

Case No. 08-cv-1163
Judge Conlon
Magistrate Judge Ashman

### NOTICE OF MOTION

To:    Joseph P. Berglund
        Berglund & Mastny, P.C.
        900 Jorie Blvd., Ste. 122
        Oak Brook, IL 60523-2229

**PLEASE TAKE NOTICE** that on Wednesday, June 11, 2008, at 9:00 AM, I shall appear before the Honorable Suzanne B. Conlon of the Northern District of Illinois, Eastern Division, in her courtroom located at 219 South Dearborn Street, Room 1743, Chicago, Illinois, and then and there present Plaintiff's Motion for Summary Judgment, a copy of which has been served upon you.

                                                      s/ David Huffman-Gottschling
                                                          One of Plaintiff's Attorneys

David Huffman-Gottschling
ARDC No. 6269976
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, Illinois 60603-6145
(312) 372-1646

### CERTIFICATE OF SERVICE

    I, David Huffman-Gottschling, an attorney, certify that I caused the foregoing document to be served electronically upon the person listed above by filing it using the ECF system on June 6, 2008.

                                                      s/ David Huffman-Gottschling
                                                       David Huffman-Gottschling