IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1163 |
| v. | ) | |
| | ) | |
| VINCO PAINTING INC., | ) | Judge Conlon |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |
| ------------------------------------------------------- | ) | |
| VINCO PAINTING, INC., | ) | |
| | ) | |
| Defendant/Counterplaintiff | ) | |
| vs. | ) | |
| | ) | |
| PAINTERS DISTRICT COUNCIL NO. 30. | ) | |
| | ) | |
| Plaintiff/Counterdefendant. | ) | |

**DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant/Counter-Plaintiff, VINCO PAINTING, INC., by and through its attorney, JOSEPH P. BERGLUND, and moves this Honorable Court for Summary Judgment on Defendant/Counter-Plaintiff's Counterclaim and Plaintiff's Complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure.

In support of this Motion, Defendant/Counter-Plaintiff attaches its Local Rule 56.1 Statement Of Material Facts and Memorandum which show that there is no genuine issue as to any material fact and that Defendant/Counter-Plaintiff is entitled to judgment as a matter of law.

    Respectfully submitted,

    VINCO PAINTING, INC.

    By   /s/ Joseph P. Berglund
        One of Its Attorneys

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
900 Jorie Boulevard, Suite 122
Oak Brook, Illinois 60523-2229
(630) 990-0234