IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1163 |
| v. | ) | |
| | ) | |
| VINCO PAINTING INC., | ) | Judge Conlon |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |
| ------------------------------------------------------------ | ) | |
| VINCO PAINTING, INC., | ) | |
| | ) | |
| Defendant/Counterplaintiff | ) | |
| vs. | ) | |
| | ) | |
| PAINTERS DISTRICT COUNCIL NO. 30. | ) | |
| | ) | |
| Plaintiff/Counterdefendant. | ) | |

## NOTICE OF MOTION

TO:  David Huffman-Gottschling
     Jacobs, Burns, Orlove, Stanton & Hernandez
     122 South Michigan Ave., Ste. 1720
     Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on the 12th day of June, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Suzanne B. Conlon in Courtroom 1743 or any other judge as may be holding court in her absence in the courtroom usually occupied by her at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached **Defendant/Counter-Plaintiff's Motion for Summary Judgment.**

                                        BERGLUND & MASTNY, P.C.

                                        By:  /s/ Joseph P. Berglund
                                             Joseph P. Berglund

## CERTIFICATE OF SERVICE

Under penalties of perjury under the laws of the United States of America I declare that I served this **Notice of Motion** and attached **Motion for Summary Judgment** upon the individuals listed on the Notice of Motion pursuant to ECF as filing users on this 6th day of June, 2008.

    /s/ Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
900 Jorie Boulevard, Suite 122
Oak Brook, Illinois 60523-2229
(630) 990-0234