# PAINTERS DISTRICT

## Joint Trade Board

JUSTIN AVEY
*Chairman*

CHARLES ANDERSON
*Secretary*



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Vince Angelilli
Vinco Painting
6649 Ogallah
Chicago, IL 60631

January 3, 2008

Vince Angelilli
Vinco Painting, Inc.
6649 Ogallah
Chicago, Illinois    60631

Certified Return Receipt Mail
1st Class Mail

Dear Mr. Angelilli:

Charges have been filed against your company for violations of the Collective Bargaining Agreement to which you are signatory.   You are instructed to appear before the next meeting of Painters District Council No. 30's Joint Trade Board which will be held at the District Council office on January 17, 2008 at 9:00 a.m.   You are required to bring all time card/time sheets, payroll journals and records, copies of all payroll checks and payroll stubs, State of Illinois Department of Employment Security form UI-3/40, Federal form 941 and form IL-501 for calendar year 2007.

A copy of the complaint has been enclosed for your review.   Failure to appear will result in a hearing held in your absence and the decision of the Trade Board will be final and binding.   If this matter is referred to Civil Court for adjudication, all attorney's fees and court costs will be added to any remedy issued by the Board.

If you have any questions regarding this matter, please call my office.

Sincerely,

Charles E. Anderson
Secretary-Treasurer

Enclosure

DEP. EXHIBIT
1
5-19-08

# PAINTERS DISTRICT COUNCIL 30

## Office of Membership Services

JAMES STELMASEK
*Director of Membership Services*

Charles Anderson, Secretary Treasurer
Painters District Council #30
1905 Sequoia Drive, Suite 201
Aurora, IL 60506

RE: Vinco Painting, Inc.
Vince Angelilli
Ph. 773-507-7400

December 28, 2007

Dear Sir and Brother,

I, James Stelmasek, District Council #30 Representative do hereby charge
Vinco Painting with the following violations of the current Collective Bargaining Agreement:

<u>Article 4, Union Security:</u>  Dues Check off and Organizing & Defense Fund,
Sec. 4.2 (pg. 7)
<u>Article 8, Wage Rates:</u>  Overtime Issues, Sec. 8.6 (pg. 25)
Payment of Wages and Check Stubs, Sec. 8.7 (a) and (b) (pgs. 25 & 26)
<u>Article 9, Benefit Funds:</u>  Monthly Reporting, Sec. 9.3 (b) (pg.31)

District Council #30 members Loren Deland, William Medina, Jesus Mota and Jeremy Weise
worked at various locations for Vinco Decorating.  All members were laid off and have not
received their last paychecks even though Vince was contacted numerous times by the members
and District Council Representative Brian Muscat.

Loren worked at the Palos Heights Dominick's store and did not receive overtime for two weeks
that he received a paycheck and is owed second shift premium pay for the last week he worked.
William worked at the same location and is owed regular and overtime pay.  Jesus worked at
One North LaSalle in Chicago and is owed regular and overtime pay.  Jeremy worked at the
Dominick's in Bloomingdale and is owed second shift premium pay. (Please see attached for
dates, hours and amounts owed).

Jeremy did not receive a paycheck stub for the week of October 8, 2007.  Loren's pay stubs were a typed word document instead of the required detachable type.

The hours owed have not been reported to The Benefit Funds Office.

Sincerely,

James Stelmasek
Director of Membership Services

# PAINTERS DISTRICT COUNCIL 30

## Office of Membership Services

JAMES STELMASEK
Director of Membership Services

Charles Anderson, Secretary Treasurer
Painters District Council #30
1905 Sequoia Drive, Suite 201
Aurora, IL 60506

RE: Vinco Painting, Inc.
Vince Angelilli
Ph. 773-507-7400

December 28, 2007

Dear Sir and Brother,

I, James Stelmasek, District Council #30 Representative do hereby charge
Vinco Painting with the following violations of the current Collective Bargaining Agreement:

<u>Article 4, Union Security:</u>  Dues Check off and Organizing & Defense Fund,
Sec. 4.2 (pg. 7)
<u>Article 8, Wage Rates:</u>  Overtime Issues, Sec. 8.6 (pg. 25)
Payment of Wages and Check Stubs, Sec. 8.7 (a) and (b) (pgs. 25 & 26)
<u>Article 9, Benefit Funds:</u>  Monthly Reporting, Sec. 9.3 (b) (pg.31)

District Council #30 members Loren Deland, William Medina, Jesus Mota and Jeremy Weise
worked at various locations for Vinco Decorating.  All members were laid off and have not
received their last paychecks even though Vince was contacted numerous times by the members
and District Council Representative Brian Muscat.

Loren worked at the Palos Heights Dominick's store and did not receive overtime for two weeks
that he received a paycheck and is owed second shift premium pay for the last week he worked.
William worked at the same location and is owed regular and overtime pay.  Jesus worked at
One North LaSalle in Chicago and is owed regular and overtime pay.  Jeremy worked at the
Dominick's in Bloomingdale and is owed second shift premium pay. (Please see attached for
dates, hours and amounts owed).



DEP. EXHIBIT
tabbies
2
5-19-08

Jeremy did not receive a paycheck stub for the week of October 8, 2007.  Loren's pay stubs were a typed word document instead of the required detachable type.

The hours owed have not been reported to The Benefit Funds Office.


Sincerely,


James Stelmasek
Director of Membership Services

# Vinco Painting
### Amended 1/24/08

| TOTAL WAGE DISCREPANCY | | | $3,449.86 |
|---|---|---|---|

| FUNDS | RATE | HOURS | AMOUNTS |
|---|---|---|---|
| HEALTH & WELFARE | $6.40 | 260.5 | $1,667.20 |
| PENSION | $6.50 | 252 | $1,638.00 |
| APPRENTICESHIP | $0.55 | 260.5 | $143.28 |
| I.U.P.A.T. LABOR MANAGEMENT | $0.05 | 260.5 | $13.03 |
| N.I.P.D.I. | 1.5% of gross wages | | $51.75 |
| TOTAL | | | $3,513.25 |

| DISTRICT COUNCIL | | | |
|---|---|---|---|
| DUES CHECK - OFF | 2% of gross wages | | $69.00 |
| DEFENSE FUND | $0.20 | 260.5 | $52.10 |
| TOTAL | | | $121.10 |

| TOTAL DUE TO ALL FUNDS | $3,634.35 |
|---|---|
| TOTAL DUE TO ALL MEMBERS | $3,328.76 |

| GRAND TOTAL | $6,963.11 |
|---|---|

# MEMBER INCIDENT REPORT



*1-16-08*

*Pd Cash — How much?*

Return to:

Jim Stelmasek, Director of Membership Services
1905 Sequoia Dr, Suite 201
Aurora, IL 60506
Fax: 630.377.2384   e-mail: jamess@paintersdc30.com

1. Date Received: 12-04-2007

2. Member's Name: Jeremy Weise

3. Language: [x] English   [ ] Spanish

4. Contact Number: 630-745-7756

5. Local: 154

6. Employer: Vinco

7. Check Stubs Received [ ] Yes   [X] No

8. Comments:

Jeremy informed me that he had worked for Vinco on Monday October 15 at the Bloomingdale Dominicks store. He worked for 8 Hours and he has not yet been paid. He also worked the previous week and did not receive any check stub. He has called Vince at least 2 times in regards to his last 8 hours owed and Vince told him that he would mail his check out. As of the date on top of this report he has not received his last check.

*Night work? yes*
*What 6 months rate?*

*3rd Shift worked*
*8 gets extra 1*

*9 HRS Pd. Cash*
*$220? 1½ months later. Had to drive to Venus house from Morengo to his house.*

Submitted by: Brian Muscat

02/11/2008 MON 13:37  FAX 630 577 2384 PAINTERS D.C. #30

# Jeremy Weise

| NAME | PAY PERIOD | REG. | O.T. | HRS. WORKED | HRS. PAID TO FUNDS | WAGES | AMT. PAID | DISCREPANCY |
|------|-----------|------|------|-------------|-------------------|-------|-----------|-------------|
| Weise, Jeremy | 10/15/2007 | 8 | 0.5 | 8.5 | 0 | $216.39 | $0.00 | $216.39 |
| Rate: $24.73 | | | | | | | | |

| TOTALS | | | | 8.5 | 0 | $216.39 | $0.00 | $216.39 |

| FUNDS | RATE | HOURS | AMOUNTS |
|-------|------|-------|---------|
| HEALTH & WELFARE | $6.40 | 8.5 | $54.40 |
| PENSION | $6.50 | 0 | $0.00 |
| APPRENTICESHIP | $0.55 | 8.5 | $4.68 |
| I.U.P.A.T. LABOR MANAGEMENT | $0.05 | 8.5 | $0.43 |
| N.I.P.D.I. | 1.5% of gross wages | | $3.25 |
| TOTAL | | | $62.75 |

| DISTRICT COUNCIL | | |
|------------------|---|---|
| DUES CHECK - OFF | 2% of gross wages | $4.33 |
| DEFENSE FUND | $0.20 | 8.5 | $1.70 |
| TOTAL | | $6.03 |

| TOTAL AMOUNT DUE | $291.19 |
|------------------|---------|
| DUE TO ALL FUNDS | $68.77 |
| DUE TO MEMBER | $210.36 |

# MEMBER INCIDENT REPORT



Return to:

Jim Stelmasek, Director of Membership Services
1905 Sequoia Dr, Suite 201
Aurora, IL 60506
Fax: 630.377.2384    e-mail: jamess@paintersdc30.com

*Pd ?*

1. Date Received: 12-04-2007

2. Member's Name: Jesus Mota

3. Language: [x] English    [ ] Spanish

4. Contact Number: 630-290-6840

5. Local: 154

6. Employer: Vinco

7. Check Stubs Received  [ ] Yes  [X] No

8. Comments:

Jesus informed me that he had worked for Vinco on November 15 for 4 hours,
3pm to 7pm and November 16 for 9 hours 9am to 6pm. Both days were worked at
an office in downtown Chicago, 1 North LaSalle.  He worked for a total of 13
Hours and he has not yet been paid. He has called Vince at least 2 times in regards
to his last 13 hours owed and Vince told him that he would mail his check out. As
of the date on top of this report he has not received his last check.

Submitted by: Brian Muscat

02/11/2008 MON 13:57 FAX 650 577 2584 PAINTERS D. C. #50

# Jesus Mota

| NAME | PAY PERIOD | REG. | O.T. | HRS. WORKED | HRS. PAID TO FUNDS | WAGES | AMT. PAID | DISCREPANCY |
|---|---|---|---|---|---|---|---|---|
| Mota, Jesus | 11/15/2007 | 8 | 4 | 4 | 0 | $212.40 | $0.00 | $212.40 |
| Rate: $35.40 | 11/16 | 1 | 9 | 9 | 0 | $336.30 | $0.00 | $336.30 |

| TOTALS | | | | 13 | 0 | $548.70 | $0.00 | $548.70 |
|---|---|---|---|---|---|---|---|---|

| FUNDS | RATE | HOURS | AMOUNTS |
|---|---|---|---|
| HEALTH & WELFARE | $6.40 | 13 | $83.20 |
| PENSION | $6.50 | 13 | $84.50 |
| APPRENTICESHIP | $0.55 | 13 | $7.15 |
| I.U.P.A.T. LABOR MANAGEMENT | $0.05 | 13 | $0.65 |
| N.I.P.D.I. | 1.5% of gross wages | | $8.23 |
| TOTAL | | | $183.73 |

| DISTRICT COUNCIL | | | |
|---|---|---|---|
| DUES CHECK - OFF | 2% of gross wages | | $10.97 |
| DEFENSE FUND | $0.20 | 13 | $2.60 |
| TOTAL | | | $13.57 |

| TOTAL AMOUNT DUE | |
|---|---|
| DUE TO ALL FUNDS | $759.58 |
| DUE TO MEMBER | $197.30 |
| | $535.13 |

Page 1 of 1

# MEMBER INCIDENT REPORT



*1-17-08*

*Not pd*

*Court date today*

Return to:

Jim Stelmasek, Director of Membership Services
1905 Sequoia Dr, Suite 201
Aurora, IL 60506
Fax: 630.377.2384   e-mail: jamess@paintersdc30.com

1. Date Received: `11-23-2007`

2. Member's Name: `William Medina`

3. Language: [X] English   [ ] Spanish

4. Contact Number: `847-456-5845`

5. Local: `154`

6. Employer: `Vinco`

7. Check Stubs Received [ ] Yes   [X] No

8. Comments:

> William worked at the Palos Heights Dominicks store on October 30 8 1/2 hours
> from 8 am to 5 pm and on October 31 8 hours from 7 am to 3:30 pm. William had
> called Vince 2 times in regards to his last check and was told it had been mailed
> out. I called Vince on November 26, and told him that Will had not received his
> check yet. Vince told me that it had been mailed out, but could not tell me when. I
> told him to mail out a new one return receipt and fax over a copy of the receipt. I
> never received a copy of the receipt. As of the date on top of this report William
> has not yet been paid.
>
> *5 or*

Submitted by: `Brian Muscat`

# William Medina

| NAME | PAY PERIOD | REG. | O.T. | HRS. WORKED | HRS. PAID TO FUNDS | WAGES | AMT. PAID | DISCREPANCY |
|---|---|---|---|---|---|---|---|---|
| Medina, William | 10/30/2007 | 8 | 0.5 | 8.5 | 0 | $309.75 | $0.00 | $309.75 |
| Rate: $35.40 | 10/31 | 8 | | 8 | 0 | $283.20 | $0.00 | $283.20 |

| TOTALS | | | | 16.5 | 0 | $592.95 | $0.00 | $592.95 |
|---|---|---|---|---|---|---|---|---|

| FUNDS | RATE | HOURS | AMOUNTS |
|---|---|---|---|
| HEALTH & WELFARE | $6.40 | 16.5 | $105.60 |
| PENSION | $6.50 | 16.5 | $107.25 |
| APPRENTICESHIP | $0.55 | 16.5 | $9.08 |
| I.U.P.A.T. LABOR MANAGEMENT | $0.05 | 16.5 | $0.83 |
| N.I.P.D.I. | 1.5% of gross wages | | $8.89 |
| TOTAL | | | $231.64 |

| DISTRICT COUNCIL | | | |
|---|---|---|---|
| DUES CHECK - OFF | 2% of gross wages | | $11.86 |
| DEFENSE FUND | $0.20 | 16.5 | $3.30 |
| TOTAL | | | $15.16 |

| TOTAL AMOUNT DUE | $864.91 |
|---|---|
| DUE TO ALL FUNDS | $246.80 |
| DUE TO MEMBER | $577.79 |

Page 3 of 5

Chk # 1113   10/7/07

Will

Hours Worked 16  Week 10-1-07 to 10-5-07
Hourly Pay $35.40
Gross Pay $566.40

**Deductions**
Fica     35.11
Mcare    8.21
F/W      70.00
S/W      16.99

Union Dues

Dues Check off  11.32
Defense Fund    3.20

Total Deductions
$144.83

Net Pay
$421.57

# VINCO, INC.

## PAINTING

6649 N Ogallah Avenue ● Chicago, Illinois 60631 ● Tel.(773) 507 - 7400 ● Fax. (773) 631 - 5833

Will        *Chk. # 1180*    10/21/07

Hours Worked 10
Gross Pay $354.00

**Deductions**
Fica      21.94
Mcare     5:13
F/W       38.00
S/W       10.62

Union Dues

Dues Check off   7.08
Defense Fund     2.00

Total Deductions
$84.77

Net Pay
$269.23

# VINCO, INC.

## PAINTING

6649 N Ogallah Avenue • Chicago, Illinois 60631 • Tel.(773) 507 - 7400 • Fax. (773) 631 - 5833

*Chk # $1179   10/21/07*

Will

Hours Worked 42  Week 10-15-07 to 10-19-07
Hourly Pay $35.40
Gross Pay $1486.80

**Deductions**
Fica        92.18
Mcare    21.55
F/W      252.00
S/W        44.59

Union Dues

Dues Check off  29.72
Defense Fund     8.40

Total Deductions
$448.44

Net Pay
$1038.36



For Customer Service call
1-800-432-1000

GET MOBILE BANKING - STUDENT CHECKING
bankofamerica.com/campusedgemobile

10/31/07 16:54  IILN0827

XXXXXXXX6659
*LAKE IN THE HILLS
LAKE IN THE H          IL

Deposit to     Savings
To PRIMARY

Ser. No. 3000                          50 HRS        NO STJB
Check Deposit Amount        $1,113.50

Part of the check image has been
Obscured for security reasons

Total Deposit              $1,113.50
Posts On                   10/31/07
Sav Available Balance      $955.12

www.bankofamerica.com



## MEMBER INCIDENT REPORT



*Pd Cash*

Return to:

Jim Stelmasek, Director of Membership Services
1905 Sequoia Dr, Suite 201
Aurora, IL 60506
Fax: 630.377.2384   e-mail: jamess@paintersdc30.com

1. Date Received:  12-20-2007

2. Member's Name:  Loren Deland

3. Language: [X] English   [ ] Spanish

4. Contact Number:  630-863-1791

5. Local:  154

6. Employer:  Vinco

7. Check Stubs Received  [X] Yes   [ ] No

8. Comments:

> Loren worked for Vinco Painting.  He has not received a paycheck for his last week of work.  He worked 32 hours from Dec 16 – Dec 20, 2007 on the second shift.  He must be paid 32 working hours plus the second shift premium. In addition, on 2 previous occasions he worked more than 40 hours per week and was paid regular time for hours over 40. He did not receive time and a half pay. All hours worked were at the Palos Heights Dominick's Grocery Store on the second shift.
>
> His pay stubs are typed word documents, not an official pay check stub.  The information he provided is as follows:
>
> Date 11-06-07 to 11-10-07        Date 12-3-07 to 12-7-07
> Hours Worked: 46                    Hours Worked: 56
> Hourly Pay: $35.40                   Hourly Pay: $35.40
> Gross Pay: $1625.18                  Gross Pay $1982.40

Submitted by:  Brian Muscat

# Loren Deland
Amended 1/24/08

| NAME | PAY PERIOD | REG. PAY | SHIFT PAY | O.T. | HRS. WORKED | HRS. PAID TO FUNDS | WAGES | AMT. PAID | DISCREPANCY |
|---|---|---|---|---|---|---|---|---|---|
| Deland, Loren | 11/5/2007 | 40 | 5 | 6 | 51 | | $1,911.60 | $1,625.18 | $286.42 |
| | 11/13 | 39.5 | 5 | | 44.5 | | $1,575.30 | $1,398.33 | $176.97 |
| | 11/26 | 30 | 4 | | 34 | | $1,203.60 | $1,062.00 | $141.60 |
| Rate: $35.40 | 12/3 | 40 | 5 | 16 | 61 | | $2,442.60 | $1,982.40 | $460.20 |
| | 12/16 | | | 32 | 32 | | $1,699.20 | $0.00 | $1,699.20 |
| TOTALS | | | | | 222.5 | 0 | $8,832.30 | $6,067.91 | $2,764.39 |

| FUNDS | RATE | HOURS | AMOUNTS |
|---|---|---|---|
| HEALTH & WELFARE | $6.40 | 222.5 | $1,424.00 |
| PENSION | $6.50 | 222.5 | $1,446.25 |
| APPRENTICESHIP | $0.55 | 222.5 | $122.38 |
| I.U.P.A.T. LABOR MANAGEMENT | $0.05 | 222.5 | $11.13 |
| N.I.P.D.I. | 1.5% of gross wages | | $41.47 |
| TOTAL | | | $3,045.22 |

| DISTRICT COUNCIL | | | |
|---|---|---|---|
| DUES CHECK - OFF | 2% of gross wages | | $55.29 |
| DEFENSE FUND | $0.20 | 222.5 | $44.50 |
| TOTAL | | | $99.79 |

| TOTAL AMOUNT DUE | |
|---|---|
| DUE TO ALL FUNDS | $5,109.39 |
| DUE TO MEMBER | $3,145.00 |
| | $1,864.60 |

Cash Payment  - $800.00

$1,964.39

02/11/2008 MON 13:39    FAX 630 377 2304  FAIRBRO B.C. H30

12-20-07 OWEN

Sunday 12/16   9pm - 5am

Monday  12/17   9pm   5am          PALOS HEIGHTS

Tues    12/18   9pm   5am          DOMINICKS

Thurs   12/20   9pm   5am

32 hrs

NO EXTRA
HOUR PAID

LOREN - 630-863-1791

NEW - 1-24-07

Loren
Date 12-3-07 to 12-7-07
Hours Worked 56
Hourly Pay $35.40
Gross Pay $1982.40

**Deductions**
Fica        122.90
MCare       28.74
F/W         336.00
S/W         59.47

Union Dues
Dues Check off    39.64
L.P.C. Fund       11.20

Net Pay
$1384.45

Loren
Date 11-6-07 to 11-10-07
Hours Worked 46
Hourly Pay $35.40
Gross Pay $1625.18

**Deductions**
Fica      100.76
MCare     23.56
F/W       246.00
S/W       48.75

Union Dues
Dues Check off    32.50
L.P.C. Fund        9.20

Net Pay
$1164.41

Loren
Date 11-26-07 to 11-30-07
Hours Worked 30
Hourly Pay $35.40
Gross Pay $1062.00

**Deductions**
Fica        65.84
MCare     15.39
F/W       187.00
S/W        31.86

Union Dues
Dues Check off      21.24
L.P.C. Fund          6.00


Net Pay
$750.06

Loren
Date 11-13-07 to 11-17-07
Hours Worked 39.5
Hourly Pay $35.40
Gross Pay $1398.33

**Deductions**
Fica        86.69
MCare     20.27
F/W       242.00
S/W        41.94

Union Dues
Dues Check off    27.96
L.P.C. Fund         7.90

Total Deductions
$426.76

Net Pay
$971.57