# EXHIBIT

# 4

# EXHIBIT

# 4

1

1  S54682B

                          CERTIFIED ORIGINAL

3        IN THE UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF ILLINOIS
4               EASTERN DIVISION

```
PAINTER'S DISTRICT              )
COUNCIL NO. 30,                 )
                                )
     Plaintiff/                 )
     Counterdefendant,          )
                                )
     vs.                        )   No. 08 CV 1163
                                )
VINCO PAINTING, INC.,           )
                                )
     Defendant/                 )
     Counterplaintiff.          )
                                )
```

      Deposition of JAMES STELMASEK, called as a witness by the Defendant/Counterplaintiff, pursuant to the provisions of the Illinois Code of Civil Procedure and the rules of the Supreme Court thereof pertaining to the taking of depositions for the purpose of discovery, before Karen S. Fogle, CSR, RPR, and a Notary Public in and for the County of DuPage, State of Illinois, taken at Berglund & Niew, P.C., Suite 122, 900 Jorie Boulevard, Oak Brook, Illinois, on the 19th day of May, A.D. 2008, at the hour of 11:40 a.m.

          SONNTAG REPORTING SERVICE, LTD.
        sonntagreporting.com - 800.232.0265



EXHIBIT 4

```
1    PRESENT:
2         JACOBS, BURNS, ORLOVE, STANTON & HERNANDEZ, by
3         MR. DAVID HUFFMAN-GOTTSCHLING,
4         Suite 1720
          122 South Michigan Avenue
5         Chicago, Illinois   60603
          (312) 327-3443
6
              appeared on behalf of
7             Plaintiff/Counterdefendant; and
8         BERGLUND & NIEW, P.C., by
9         MR. JOSEPH P. BERGLUND,
10        Suite 122
          900 Jorie Boulevard
11        Oak Brook, Illinois   60523
          (630) 990-0234
12
              appeared on behalf of
13            Defendant/Counterplaintiff.
14
15
16
17
18
19
20
21
22
23
24
```

3

1                    I N D E X

2  EXAMINATION

3  By Mr. Berglund                                    4

4

5                  E X H I B I T S

6

7         (No deposition exhibits introduced.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

JAMES STELMASEK -- 5/19/08
EXAMINATION BY MR. BERGLUND

4

1   (The witness was thereupon duly
2   sworn.)
3   MR. BERGLUND:  Good morning.
4   Let the record reflect that this is the
5   discovery deposition of James Stelmasek taking
6   place at 900 Jorie Boulevard, Oak Brook,
7   Illinois.
8                   JAMES STELMASEK,
9   called as a witness by the Defendant/Counter-plaintiff,
10  pursuant to the provisions of the Illinois Code of
11  Civil Procedure and the rules of the Supreme Court
12  thereof pertaining hereto, having first been duly
13  sworn, was examined and testified as follows:
14                   E X A M I N A T I O N
15  BY MR. BERGLUND:
16  Q    Can you state your name and spell your last name.
17  A    James Stelmasek, S-t-e-l-m-a-s-e-k.
18  Q    Have you ever been deposed before?
19  A    Yes, I have.
20  Q    Approximately how many times?
21  A    Once.
22  Q    I'm going to ask you a series of questions.  You
23       just sat through the deposition of Mr. Charles
24       Anderson so you see how the process goes.

JAMES STELMASEK -- 5/19/08
EXAMINATION BY MR. BERGLUND

5

| | | |
|---|---|---|
| 1 | | If you don't understand one of my |
| 2 | | questions, please let me know that you don't |
| 3 | | understand, otherwise I will assume that you |
| 4 | | understood the question; okay? |
| 5 | A | Yes. |
| 6 | Q | And if you need to take a break, tell me you need |
| 7 | | a break; okay? |
| 8 | A | Yes. |
| 9 | Q | Mr. Selmasek, are you currently employed? |
| 10 | A | Yes, I am. |
| 11 | Q | By whom? |
| 12 | A | Painter's District Council No. 30. |
| 13 | Q | How long have you been employed by Painter's |
| 14 | | District Council No. 30? |
| 15 | A | Approximately 17 years. |
| 16 | Q | What is your current position? |
| 17 | A | Business representative. |
| 18 | Q | Have you been a business representative for the |
| 19 | | entire time you have been employed at Painter's |
| 20 | | District? |
| 21 | A | Yes, I have. |
| 22 | Q | Do you report to anyone? |
| 23 | A | Yes. |
| 24 | Q | Who do you report to? |

JAMES STELMASEK -- 5/19/08
EXAMINATION BY MR. BERGLUND

6

| | | |
|---|---|---|
| 1 | A | Charles Anderson. |
| 2 | Q | How long have you reported to him? |
| 3 | A | For probably 15-odd years. |
| 4 | Q | Briefly, what are your daily responsibilities as a business representative? |
| 6 | A | I police jobs, I take in members' complaints and deal with the membership when it comes to that. |
| 8 | Q | Where is your office? |
| 9 | A | 1905 Sequoia Drive, Suite 201, Aurora. |
| 10 | Q | Are you familiar with Vinco Painting? |
| 11 | A | Yes, I am. |
| 12 | Q | How are you familiar with them? |
| 13 | A | They are a signatory contractor. |
| 14 | Q | Did you have occasion to file charges against Vinco Painting? |
| 16 | A | Yes, I did. |
| 17 | Q | Let me show you what was previously marked as Deposition Exhibit No. 2. If you can review that and let me know if you're familiar with that document. |
| 21 | A | Yes, I am. |
| 22 | Q | Are these the charges that you filed against Vinco Painting? |
| 24 | A | Yes, they are. |

JAMES STELMASEK -- 5/19/08
EXAMINATION BY MR. BERGLUND

7

1  Q    The charges have some documentation attached to
2       it.  Do you see those documents?
3  A    Yes, I do.
4  Q    Do you know if any of these documents in
5       Deposition Exhibit No. 2 were provided to Vinco
6       Painting?
7  A    I don't know that because I don't send the
8       charges.
9  Q    Can you turn to the third page of this exhibit
10      where it says, "Vinco Painting, amended
11      January 24, 2008."
12           Do you know what this document is?
13 A    Yes, I do.
14 Q    What is it?
15 A    This is a total of amounts that I believe are
16      owed according to the members that came forward
17      with information.
18 Q    Does this constitute part of the charges you
19      filed against Vinco Painting?
20 A    This one is amended 1/24.  I did one prior that
21      was filed with the charges.  I believe it was
22      Loren Deland who came in after that with
23      additional information.
24 Q    If you can let me show you, then, what was marked

SONNTAG REPORTING SERVICE, LTD.
sonntagreporting.com - 800.232.0265

JAMES STELMASEK -- 5/19/08
EXAMINATION BY MR. BERGLUND

8

1       as Deposition Exhibit No. 1.  If you could take a
2       look at this document and tell me if the prior
3       calculations are contained in there.
4  A   Yes, they are.
5  Q   And how does the amended January 24, 2008,
6       calculations differ from the original?
7  A   There was -- Member Loren Deland came forward
8       with some more information after the original
9       charges were filed.
10  Q   With regard to the documents that followed the
11      amended calculations in Deposition Exhibit No. 2,
12      are those documents that relate to the charges
13      previously filed against Vinco Painting?
14  A   Correct.
15  Q   I don't want to get into the merits of the
16      charges, I'm trying to understand exactly what
17      the charges represent.
18          Were you at the Joint Trade Board hearing
19      on January 17, 2008?
20  A   Yes, I was.
21  Q   You didn't present the amended calculations, did
22      you, on January 17, 2008?
23  A   No.
24  Q   If you could look back at Deposition Exhibit

JAMES STELMASEK -- 5/19/08
EXAMINATION BY MR. BERGLUND

9

1    No. 1, which contains a letter you signed on
2    December 28, 2007, addressed to Charles Anderson,
3    do you see that?
4  A  Yes.
5  Q  Does this document contain references to the
6    agreement which you charged Vinco Painting with
7    violating?
8  A  Correct.
9  Q  Can you point out, then, the violations you
10   charged Vinco Painting -- can you actually show
11   me where in this letter the different sections of
12   the bargaining that you charged Vinco Painting
13   with violating?
14 A  I don't understand.
15 Q  You charged Vinco with violating the collective
16   bargaining agreement; correct?
17 A  Yes.
18 Q  And the different sections that you charged Vinco
19   Painting with violating; correct?
20 A  Yes.
21 Q  Are those sections set forth on the first page of
22   your letter dated December 28, 2007?
23 A  Yes.
24 Q  How many violations did you charge Vinco with?

JAMES STELMASEK -- 5/19/08
EXAMINATION BY MR. BERGLUND

10

1  A   Looks like four.
2  Q   What are those four violations?
3  A   They did not pay into dues check off and
4      organizing and defense fund; wage rate issues
5      that they didn't pay overtime allegedly; and they
6      also did not pay some guys; and they did not
7      include detachable check stubs as required; and
8      also they were not making or submitting their
9      monthly reports to the office.
10 Q   If you can look at the first page of the
11     attachment to your charge where it says, "Grand
12     total $4,276.61," did you generate this document?
13 A   Yes, I did.
14 Q   Does the grand total represent wages and benefits
15     you believe was owed by Vinco Painting?
16 A   Correct; everything above it.
17 Q   Following these calculations are four pages.  The
18     first page has the name of Loren Deland, second
19     one has a William Medina on it, third one has
20     Jesus Mota, and the fourth one is Jeremy Weise.
21         Does the document with the grand totals,
22     then, reflect the addition of all the amounts
23     alleged to be owed to those four individuals?
24 A   Correct.

11

| | | |
|---|---|---|
| 1 | Q | To them or on their behalf; is that correct? |
| 2 | A | Yes. |
| 3 | Q | Did you have any involvement in mailing the |
| 4 | | meeting minutes of the Joint Trade Board to Vinco |
| 5 | | Painting? |
| 6 | A | The minutes, no. |
| 7 | Q | Did you mail your charges to Vinco Painting? |
| 8 | A | No. |
| 9 | Q | Let me show you what has been marked as |
| 10 | | Deposition Exhibit No. 5. If you could take a |
| 11 | | moment to review it and let me know when you're |
| 12 | | finished. |
| 13 | A | Okay. |
| 14 | Q | Have you seen this document before today? |
| 15 | A | Yes, I have. |
| 16 | Q | When was the first time you saw it? |
| 17 | A | I believe on the 24th of January. |
| 18 | Q | Is any of this writing your writing? |
| 19 | A | Yes, it is. |
| 20 | Q | Can you tell me what it is. |
| 21 | A | Denise, fax number, and the notes from 1/24 |
| 22 | | and 1/25. |
| 23 | Q | Did you speak with Denise Angelilli after |
| 24 | | January 17, 2008? |

JAMES STELMASEK -- 5/19/08
EXAMINATION BY MR. BERGLUND

12

| | | |
|---|---|---|
| 1 | A | Yes, I did.  I left a message on the 24th, and I |
| 2 | | believe she got back to me on the 25th. |
| 3 | Q | What number did she call you at on January 25th? |
| 4 | A | At the office. |
| 5 | Q | How long did this conversation last? |
| 6 | A | Not long, 30 seconds or a minute. |
| 7 | Q | Anyone else on the phone? |
| 8 | A | Not that I know of. |
| 9 | Q | What did she say to you and you say to her? |
| 10 | A | I let her know that I was calling about the |
| 11 | | charges and the alleged amounts they owed.  And I |
| 12 | | would be faxing over the amended report. |
| 13 | Q | Did you talk with her again? |
| 14 | A | No. |
| 15 | Q | Did you ever speak with Vince Angelilli after |
| 16 | | January 17, 2008? |
| 17 | A | No. |
| 18 | Q | Let me show you what I have previously marked as |
| 19 | | Deposition Exhibit No. 9.  Can you take a moment |
| 20 | | to review it and let me know if you have seen |
| 21 | | this document before today. |
| 22 | A | I don't recall ever seeing this. |
| 23 | Q | If I can point your attention to Deposition |
| 24 | | Exhibit No. 9, second paragraph, the last line, |

13

1        did you tell Denise Angelilli that the numbers
2        were outrageous and she should ignore them?
3   A    Absolutely not.
4   Q    Did you say anything about the monetary amount by
5        the Joint Trade Board to Denise Angelilli?
6   A    I don't recall.
7   Q    Did Denise Angelilli tell you that she had not
8        received notice of the Joint Trade Board hearing
9        that was scheduled for January 17, 2008?
10  A    I don't remember her saying that, no.
11  Q    Did you discuss anything with Denise Angelilli
12       about Vinco Painting appealing the award at the
13       Joint Trade Board?
14  A    No.
15  Q    Do you personally know if Vinco Painting received
16       notice of the charges you filed against them
17       before the hearing occurred on January 17, 2008?
18  A    No.
19  Q    Do you personally know if Vinco Painting received
20       notice of the hearing that was set for
21       January 17, 2008?
22  A    No.
23            MR. BERGLUND:  I have no more
24       questions.

JAMES STELMASEK -- 5/19/08
EXAMINATION BY MR. BERGLUND

14

1   MR. GOTTSCHLING: I don't either.
2   Signature is reserved on both.
3   AND FURTHER DEPONENT SAITH NOT AT 11:57 A.M.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

```
                                                              15
1   S54682B                        ERRATA SHEET

2   PAGE    LINE    CHANGE                              REASON

3   ____    ____    _____

4   ____    ____    _____

5   ____    ____    _____

6   ____    ____    _____

7   ____    ____    _____

8   ____    ____    _____

9   ____    ____    _____

10  ____    ____    _____

11  ____    ____    _____

12  ____    ____    _____

13  ____    ____    _____

14  ____    ____    _____

15  ____    ____    _____

16  ____    ____    _____

17  ____    ____    _____

18  ____    ____    _____

19  ____    ____    _____

20  ____    ____    _____

21  ____    ____    _____

22  ____    ____    _____

23  ____    ____    _____

24  ____    ____    _____
```

16

1         I have read the above and foregoing, and it
2    is a true and correct transcript of my deposition
3    given on the day and date aforesaid.
4
5
6         _____
                    JAMES STELMASEK
7
8
9
10
11
12
13        Subscribed and sworn to before me
14   this _____ day of _____, 2008.
15
16
          _____
17                  Notary Public
18
19
20   My Commission Expires
21   _____.
22
23
24

SONNTAG REPORTING SERVICE, LTD.
sonntagreporting.com - 800.232.0265

17

1      STATE OF ILLINOIS     )
                             ) SS.
2      COUNTY OF DU PAGE     )

3

4           I, Karen S. Fogle, Certified Shorthand

5      Reporter No. 084-004603, CSR, RPR, and a Notary

6      Public in and for the County of DuPage, State of

7      Illinois, do hereby certify that previous to the

8      commencement of the examination, said witness was

9      duly sworn by me to testify the truth; that the

10     said deposition was taken at the time and place

11     aforesaid; that the testimony given by said

12     witness was reduced to writing by means of

13     shorthand and thereafter transcribed into

14     typewritten form; and that the foregoing is a

15     true, correct, and complete transcript of my

16     shorthand notes so taken as aforesaid.

17          I further certify that there were present

18     at the taking of the said deposition the persons

19     and parties as indicated on the appearance page

20     made a part of this deposition.

21

22

23

24

```
1          I further certify that I am not counsel for
2      nor in any way related to any of the parties to
3      this suit, nor am I in any way interested in the
4      outcome thereof.
5          IN TESTIMONY WHEREOF I have hereunto set my
6      hand and affixed my Notarial Seal this  2nd   day
7      of     June    , A.D. 2008.
8
9
10                       _____
11                          Certified Shorthand Reporter
12                         Registered Professional Reporter
13
14
15   My commission expires
16   August 25, 2009
17
18
19
20
21
22
23
24
```

OFFICIAL SEAL
KAREN S FOGLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/25/09