# PAINTERS DISTRICT

Joint Trade Board

JUSTIN AVEY
Chairman

CHARLES ANDERSON
Secretary

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

7006 2150 0002 3960 1444

January 3, 2008

Vince Angelilli
Vinco Painting, Inc.
6649 Ogallah
Chicago, Illinois    60631

Vince Angelilli
Vinco Painting
6649 Ogallah
Chicago, IL  60631

Certified Return Receipt Mail
1st Class Mail

Dear Mr. Angelilli:

Charges have been filed against your company for violations of the Collective Bargaining Agreement to which you are signatory.   You are instructed to appear before the next meeting of Painters District Council No. 30's Joint Trade Board which will be held at the District Council office on January 17, 2008 at 9:00 a.m.   You are required to bring all time card/time sheets, payroll journals and records, copies of all payroll checks and payroll stubs, State of Illinois Department of Employment Security form UI-3/40, Federal form 941 and form IL-501 for calendar year 2007.

A copy of the complaint has been enclosed for your review.   Failure to appear will result in a hearing held in your absence and the decision of the Trade Board will be final and binding.   If this matter is referred to Civil Court for adjudication, all attorney's fees and court costs will be added to any remedy issued by the Board.

If you have any questions regarding this matter, please call my office.

Sincerely,

Charles E. Anderson
Secretary-Treasurer

Enclosure

DEP. EXHIBIT
1
5-19-08

# PAINTERS DISTRICT COUNCIL 30

## Office of Membership Services

JAMES STELMASEK
Director of Membership Services

Charles Anderson, Secretary Treasurer
Painters District Council #30
1905 Sequoia Drive, Suite 201
Aurora, IL 60506

RE: Vinco Painting, Inc.
Vince Angelilli
Ph. 773-507-7400

December 28, 2007

Dear Sir and Brother,

I, James Stelmasek, District Council #30 Representative do hereby charge
Vinco Painting with the following violations of the current Collective Bargaining Agreement:

<u>Article 4, Union Security:</u>  Dues Check off and Organizing & Defense Fund,
Sec. 4.2 (pg. 7)
<u>Article 8, Wage Rates:</u>  Overtime Issues, Sec. 8.6 (pg. 25)
Payment of Wages and Check Stubs, Sec. 8.7 (a) and (b) (pgs. 25 & 26)
<u>Article 9, Benefit Funds</u>:  Monthly Reporting, Sec. 9.3 (b) (pg.31)

District Council #30 members Loren Deland, William Medina, Jesus Mota and Jeremy Weise
worked at various locations for Vinco Decorating.  All members were laid off and have not
received their last paychecks even though Vince was contacted numerous times by the members
and District Council Representative Brian Muscat.

Loren worked at the Palos Heights Dominick's store and did not receive overtime for two weeks
that he received a paycheck and is owed second shift premium pay for the last week he worked.
William worked at the same location and is owed regular and overtime pay.  Jesus worked at
One North LaSalle in Chicago and is owed regular and overtime pay.  Jeremy worked at the
Dominick's in Bloomingdale and is owed second shift premium pay. (Please see attached for
dates, hours and amounts owed).

228

Jeremy did not receive a paycheck stub for the week of October 8, 2007.  Loren's pay stubs were a typed word document instead of the required detachable type.

The hours owed have not been reported to The Benefit Funds Office.

Sincerely,

James Stelmasek
Director of Membership Services

# PAINTERS DISTRICT COUNCIL 30

## Office of Membership Services

JAMES STELMASEK
*Director of Membership Services*

Charles Anderson, Secretary Treasurer
Painters District Council #30
1905 Sequoia Drive, Suite 201
Aurora, IL 60506

RE: Vinco Painting, Inc.
Vince Angelilli
Ph. 773-507-7400

December 28, 2007

Dear Sir and Brother,

I, James Stelmasek, District Council #30 Representative do hereby charge
Vinco Painting with the following violations of the current Collective Bargaining Agreement:

<u>Article 4, Union Security:</u>  Dues Check off and Organizing & Defense Fund,
Sec. 4.2 (pg. 7)
<u>Article 8, Wage Rates:</u>  Overtime Issues, Sec. 8.6 (pg. 25)
Payment of Wages and Check Stubs, Sec. 8.7 (a) and (b) (pgs. 25 & 26)
<u>Article 9, Benefit Funds:</u>  Monthly Reporting, Sec. 9.3 (b) (pg.31)

District Council #30 members Loren Deland, William Medina, Jesus Mota and Jeremy Weise
worked at various locations for Vinco Decorating.  All members were laid off and have not
received their last paychecks even though Vince was contacted numerous times by the members
and District Council Representative Brian Muscat.

Loren worked at the Palos Heights Dominick's store and did not receive overtime for two weeks
that he received a paycheck and is owed second shift premium pay for the last week he worked.
William worked at the same location and is owed regular and overtime pay.  Jesus worked at
One North LaSalle in Chicago and is owed regular and overtime pay.  Jeremy worked at the
Dominick's in Bloomingdale and is owed second shift premium pay. (Please see attached for
dates, hours and amounts owed).



DEP. EXHIBIT
2
5-19-08

1905 Sequoia Drive, Suite 201, Aurora, Illinois 60506  •  630.377.2120

Jeremy did not receive a paycheck stub for the week of October 8, 2007. Loren's pay stubs were a typed word document instead of the required detachable type.

The hours owed have not been reported to The Benefit Funds Office.

Sincerely,

James Stelmasek
Director of Membership Services

# Vinco Painting

Amended 1/24/08

| TOTAL WAGE DISCREPANCY | | | $3,449.86 |
|---|---|---|---|

| FUNDS | RATE | HOURS | AMOUNTS |
|---|---|---|---|
| HEALTH & WELFARE | $6.40 | 260.5 | $1,667.20 |
| PENSION | $6.50 | 252 | $1,638.00 |
| APPRENTICESHIP | $0.55 | 260.5 | $143.28 |
| I.U.P.A.T. LABOR MANAGEMENT | $0.05 | 260.5 | $13.03 |
| N.I.P.D.I. | 1.5% of gross wages | | $51.75 |
| TOTAL | | | $3,513.25 |

| DISTRICT COUNCIL | | | |
|---|---|---|---|
| DUES CHECK - OFF | 2% of gross wages | | $69.00 |
| DEFENSE FUND | $0.20 | 260.5 | $52.10 |
| TOTAL | | | $121.10 |

| TOTAL DUE TO ALL FUNDS | $3,634.35 |
|---|---|
| TOTAL DUE TO ALL MEMBERS | $3,328.76 |

| GRAND TOTAL | $6,963.11 |
|---|---|

# MEMBER INCIDENT REPORT



ONE UNION

*1-16-08*

*Pd Cash - How much?*

Return to:

Jim Stelmasek, Director of Membership Services
1905 Sequoia Dr, Suite 201
Aurora, IL 60506
Fax: 630.377.2384   e-mail: jamess@paintersdc30.com

1. Date Received: `12-04-2007`

2. Member's Name: `Jeremy Weise`

3. Language: [x] English   [ ] Spanish

4. Contact Number: `630-745-7756`

5. Local: `154`

6. Employer: `Vinco`

7. Check Stubs Received  [ ] Yes  [X] No

8. Comments:

Jeremy informed me that he had worked for Vinco on Monday October 15 at the
Bloomingdale Dominicks store. He worked for 8 Hours and  he has not yet been
paid. He also worked the previous week and did not receive any check stub. He
has called Vince at least 2 times in regards to his last 8 hours owed and Vince told
him that he would mail his check out. As of the date on top of this report he has
not received his last check.

*Night work? yes*
*What 6 months rate?*

*3rd Shift worked*
*8 gets extra 1*

*9 HRS Pd. Cash*
*$220? 1½ months*
*later. Had to drive to Vinis*
*house from Morengo to his home.*

Submitted by:  `Brian Muscat`

02/11/2008 MON 13:31  FAX 630 511 2384 PAINTERS D.C. #30 ........

# Jeremy Weise

| NAME | PAY PERIOD | REG. | O.T. | HRS. WORKED | HRS. PAID TO FUNDS | WAGES | AMT. PAID | DISCREPANCY |
|---|---|---|---|---|---|---|---|---|
| Weise, Jeremy | 10/15/2007 | 8 | 0.5 | 8.5 | 0 | $216.39 | $0.00 | $216.39 |
| Rate: $24.73 | | | | | | | | |

| TOTALS | | | | 8.5 | 0 | $216.39 | $0.00 | $216.39 |

| FUNDS | RATE | HOURS | AMOUNTS |
|---|---|---|---|
| HEALTH & WELFARE | $6.40 | 8.5 | $54.40 |
| PENSION | $6.50 | 0 | $0.00 |
| APPRENTICESHIP | $0.55 | 8.5 | $4.68 |
| I.U.P.A.T. LABOR MANAGEMENT | $0.05 | 8.5 | $0.43 |
| N.I.P.D.I. | 1.5% of gross wages | | $3.25 |
| TOTAL | | | $62.75 |

| DISTRICT COUNCIL | | | |
|---|---|---|---|
| DUES CHECK - OFF | 2% of gross wages | | $4.33 |
| DEFENSE FUND | $0.20 | 8.5 | $1.70 |
| TOTAL | | | $6.03 |

| TOTAL AMOUNT DUE | | | $291.19 |
|---|---|---|---|
| DUE TO ALL FUNDS | | | $68.77 |
| DUE TO MEMBER | | | $210.36 |

## MEMBER INCIDENT REPORT



Return to:

Jim Stelmasek, Director of Membership Services
1905 Sequoia Dr, Suite 201
Aurora, IL 60506
Fax: 630.377.2384    e-mail: jamess@paintersdc30.com

*Pd ?*

1. Date Received: 12-04-2007

2. Member's Name: Jesus Mota

3. Language: [x] English    [ ] Spanish

4. Contact Number: 630-290-6840

5. Local: 154

6. Employer: Vinco

7. Check Stubs Received    [ ] Yes    [X] No

8. Comments:

Jesus informed me that he had worked for Vinco on November 15 for 4 hours, 3pm to 7pm and November 16 for 9 hours 9am to 6pm. Both days were worked at an office in downtown Chicago, 1 North LaSalle.  He worked for a total of 13 Hours and he has not yet been paid. He has called Vince at least 2 times in regards to his last 13 hours owed and Vince told him that he would mail his check out. As of the date on top of this report he has not received his last check.

Submitted by: Brian Muscat

# Jesus Mota

| NAME | PAY PERIOD | REG. | O.T. | HRS. WORKED | HRS. PAID TO FUNDS | WAGES | AMT. PAID | DISCREPANCY |
|---|---|---|---|---|---|---|---|---|
| Mota, Jesus | 11/15/2007 | 8 | 4 | 4 | 0 | $212.40 | $0.00 | $212.40 |
| Rate: $35.40 | 11/16 | | 1 | 9 | 0 | $336.30 | $0.00 | $336.30 |
| TOTALS | | | | 13 | 0 | $548.70 | $0.00 | $548.70 |

| FUNDS | RATE | HOURS | AMOUNTS |
|---|---|---|---|
| HEALTH & WELFARE | $6.40 | 13 | $83.20 |
| PENSION | $6.50 | 13 | $84.50 |
| APPRENTICESHIP | $0.55 | 13 | $7.15 |
| I.U.P.A.T. LABOR MANAGEMENT | $0.05 | 13 | $0.65 |
| N.I.P.D.I. | 1.5% of gross wages | | $8.23 |
| TOTAL | | | $183.73 |

| DISTRICT COUNCIL | | | |
|---|---|---|---|
| DUES CHECK - OFF | 2% of gross wages | | $10.97 |
| DEFENSE FUND | $0.20 | 13 | $2.60 |
| TOTAL | | | $13.57 |

| TOTAL AMOUNT DUE | |
|---|---|
| DUE TO ALL FUNDS | $759.58 |
| | $197.30 |
| DUE TO MEMBER | $535.13 |

## MEMBER INCIDENT REPORT



*1-17-08*

*Not pd*

*Court date today*

Return to:

Jim Stelmasek, Director of Membership Services
1905 Sequoia Dr, Suite 201
Aurora, IL 60506
Fax: 630.377.2384   e-mail: jamess@paintersdc30.com

1. Date Received: 11-23-2007

2. Member's Name: William Medina

3. Language: [X] English   [ ] Spanish

4. Contact Number: 847-456-5845

5. Local: 154

6. Employer: Vinco

7. Check Stubs Received [ ] Yes  [X] No

8. Comments:

> William worked at the Palos Heights Dominicks store on October 30, 8½ hours from 8 am to 5 pm and on October 31 8 hours from 7 am to 3:30 pm. William had called Vince 2 times in regards to his last check and was told it had been mailed out. I called Vince on November 26, and told him that Will had not received his check yet. Vince told me that it had been mailed out, but could not tell me when. I told him to mail out a new one return receipt and fax over a copy of the receipt. I never received a copy of the receipt. As of the date on top of this report William has not yet been paid.
>
> *5 ot*

Submitted by: Brian Muscat

# William Medina

| NAME | PAY PERIOD | REG. | O.T. | HRS. WORKED | HRS. PAID TO FUNDS | WAGES | AMT. PAID | DISCREPANCY |
|------|-----------|------|------|-------------|--------------------|-------|-----------|-------------|
| Medina, William | 10/30/2007 | 8 | 0.5 | 8.5 | 0 | $309.75 | $0.00 | $309.75 |
| Rate: $35.40 | 10/31 | 8 | | 8 | 0 | $283.20 | $0.00 | $283.20 |

| TOTALS | | | | 16.5 | 0 | $592.95 | $0.00 | $592.95 |
|--------|--|--|--|------|---|---------|-------|---------|

| FUNDS | RATE | HOURS | AMOUNTS |
|-------|------|-------|---------|
| HEALTH & WELFARE | $6.40 | 16.5 | $105.60 |
| PENSION | $6.50 | 16.5 | $107.25 |
| APPRENTICESHIP | $0.55 | 16.5 | $9.08 |
| I.U.P.A.T. LABOR MANAGEMENT | $0.05 | 16.5 | $0.83 |
| N.I.P.D.I. | 1.5% of gross wages | | $8.89 |
| TOTAL | | | $231.64 |

| DISTRICT COUNCIL | | | |
|------------------|--|--|--|
| DUES CHECK - OFF | 2% of gross wages | | $11.86 |
| DEFENSE FUND | $0.20 | 16.5 | $3.30 |
| TOTAL | | | $15.16 |

| TOTAL AMOUNT DUE | $864.91 |
|------------------|---------|
| DUE TO ALL FUNDS | $246.80 |
| DUE TO MEMBER | $577.79 |

Chk # 1113    10/7/07

Will

Hours Worked 16  Week 10-1-07 to 10-5-07
Hourly Pay $35.40
Gross Pay $566.40

**Deductions**
Fica      35.11
Mcare     8.21
F/W       70.00
S/W       16.99

Union Dues

Dues Check off   11.32
Defense Fund     3.20

Total Deductions
$144.83

Net Pay
$421.57

# VINCO, INC.

## PAINTING

6649 N Ogallah Avenue ● Chicago, Illinois 60631 ● Tel.(773) 507 - 7400 ● Fax. (773) 631 - 5833

Will            *chk. # 1180*    *10/21/07*

Hours Worked 10
Gross Pay $354.00

**Deductions**
Fica      21.94
Mcare     5:13
F/W       38.00
S/W       10.62

Union Dues

Dues Check off   7.08
Defense Fund     2.00

Total Deductions
$84.77

Net Pay
$269.23

# VINCO, INC.

## PAINTING

6649 N Ogallah Avenue ● Chicago, Illinois 60631 ● Tel.(773) 507 - 7400 ● Fax. (773) 631 - 5833

Chk # #1179   10/21/07

Will

Hours Worked 42  Week 10-15-07 to 10-19-07
Hourly Pay $35.40
Gross Pay $1486.80

**Deductions**
Fica      92.18
Mcare   21.55
F/W      252.00
S/W      44.59

Union Dues

Dues Check off  29.72
Defense Fund    8.40

Total Deductions
$448.44

Net Pay
$1038.36



**Bank of America**

For Customer Service call
1-800-432-1000

GET MOBILE BANKING - STUDENT CHECKING
bankofamerica.com/campusedgemobile

10/31/07 16:54  IILN0827

XXXXXXXX6659
LAKE IN THE HILLS
LAKE IN THE H        IL

Deposit to      Savings
To  PRIMARY

Ser. No. 3000                                  50 HRS           NO STUB
Check Deposit Amount           $1,113.50

Part of the check image has been
Obscured for security reasons

Total Deposit                        $1,113.50
Posts On                             10/31/07
Sav Available Balance                $955.12

www.bankofamerica.com



## MEMBER INCIDENT REPORT



*Pd Cash*

Return to:

Jim Stelmasek, Director of Membership Services
1905 Sequoia Dr, Suite 201
Aurora, IL 60506
Fax: 630.377.2384   e-mail: jamess@paintersdc30.com

1. Date Received: 12-20-2007

2. Member's Name: Loren Deland

3. Language: [X] English   [ ] Spanish

4. Contact Number: 630-863-1791

5. Local: 154

6. Employer: Vinco

7. Check Stubs Received  [X] Yes   [ ] No

8. Comments:

Loren worked for Vinco Painting. He has not received a paycheck for his last week of work. He worked 32 hours from Dec 16 – Dec 20, 2007 on the second shift. He must be paid 32 working hours plus the second shift premium. In addition, on 2 previous occasions he worked more than 40 hours per week and was paid regular time for hours over 40. He did not receive time and a half pay. All hours worked were at the Palos Heights Dominick's Grocery Store on the second shift.

His pay stubs are typed word documents, not an official pay check stub. The information he provided is as follows:

Date 11-06-07 to 11-10-07
Hours Worked: 46
Hourly Pay: $35.40
Gross Pay: $1625.18

Date 12-3-07 to 12-7-07
Hours Worked: 56
Hourly Pay: $35.40
Gross Pay $1982.40

Submitted by: Brian Muscat

## Loren Deland
### Amended 1/24/08

| NAME | PAY PERIOD | REG. | SHIFT PAY | O.T. | HRS. WORKED | HRS. PAID TO FUNDS | WAGES | AMT. PAID | DISCREPANCY |
|---|---|---|---|---|---|---|---|---|---|
| Deland, Loren | 11/5/2007 | 40 | 5 | 6 | 51 | 0 | $1,911.60 | $1,625.18 | $286.42 |
| | 11/13 | 39.5 | 5 | | 44.5 | 0 | $1,575.30 | $1,398.33 | $176.97 |
| | 11/26 | 30 | 4 | | 34 | 0 | $1,203.60 | $1,062.00 | $141.60 |
| Rate: $35.40 | 12/3 | 40 | 5 | 16 | 61 | 0 | $2,442.60 | $1,982.40 | $460.20 |
| | 12/16 | | | 32 | 32 | 0 | $1,699.20 | $0.00 | $1,699.20 |
| TOTALS | | | | | 222.5 | 0 | $8,832.30 | $6,067.91 | $2,764.39 |

Cash Payment  - $800.00

| FUNDS | RATE | HOURS | AMOUNTS |
|---|---|---|---|
| HEALTH & WELFARE | $6.40 | 222.5 | $1,424.00 |
| PENSION | $6.50 | 222.5 | $1,446.25 |
| APPRENTICESHIP | $0.55 | 222.5 | $122.38 |
| I.U.P.A.T. LABOR MANAGEMENT | $0.05 | 222.5 | $11.13 |
| N.I.P.D.I. | 1.5% of gross wages | | $41.47 |
| TOTAL | | | $3,045.22 |

| DISTRICT COUNCIL | | | |
|---|---|---|---|
| DUES CHECK - OFF | 2% of gross wages | | $55.29 |
| DEFENSE FUND | $0.20 | 222.5 | $44.50 |
| TOTAL | | | $99.79 |

| TOTAL AMOUNT DUE | $5,109.39 |
|---|---|
| DUE TO ALL FUNDS | $3,145.00 |
| DUE TO MEMBER | $1,864.60 |

02/11/2008 MON 13:59  FAX 630 577 2584 FRIEDENS D.C. HSU

[2-20-07] OWEN

Sunday 12/16    9pm - 5am

Monday 12/17    9pm   5am          PALOS HEIGHTS

Tues 12/18    9pm   5am          DOMINICKS

Thurs 12/20    9pm   5am.

32 hrs

NO EXTRA
HOUR PAID

LOREN - 630-863-1791

NEW - 1-24-07

Loren
Date 12-3-07 to 12-7-07
 Hours Worked 56
 Hourly Pay $35.40
 Gross Pay $1982.40

 **Deductions**
 Fica      122.90
 MCare      28.74
 F/W       336.00
 S/W        59.47

 Union Dues
 Dues Check off    39.64
 L.P.C. Fund       11.20

 Net Pay
 $1384.45

Loren
Date 11-6-07 to 11-10-07
Hours Worked 46
Hourly Pay $35.40
Gross Pay $1625.18

**Deductions**
Fica      100.76
MCare     23.56
F/W       246.00
S/W       48.75

Union Dues
Dues Check off    32.50
L.P.C. Fund       9.20


Net Pay
$1164.41

Loren
Date 11-26-07 to 11-30-07
Hours Worked 30
Hourly Pay $35.40
Gross Pay $1062.00

**Deductions**
Fica        65.84
MCare    15.39
F/W       187.00
S/W        31.86

Union Dues
Dues Check off    21.24
L.P.C. Fund         6.00

Net Pay
$750.06

Loren
Date 11-13-07 to 11-17-07
Hours Worked 39.5
Hourly Pay $35.40
Gross Pay $1398.33

**Deductions**
Fica        86.69
MCare      20.27
F/W        242.00
S/W         41.94

Union Dues
Dues Check off     27.96
L.P.C. Fund         7.90

Total Deductions
$426.76

Net Pay
$971.57

1/24/200

**Employer Number**   2607

**Employer Name**   Vinco Painting, Inc.

**Address**   4637 N. Forestview Ave.

**City**   Chicago                          IL          60650

**Phone**   773-544-7401                    **Fax**

**E-Mail**

**Contact**   Vince Angelilli   — DENISE

**Status Code**   Inactive Member

**Notes**   Signed Cba 8/07 Vince's Cell Phone 773.507.7400
Old Add&Ph:6649 Ogallah,Chgo 60631 773-507-7400 1/24/08

FAX 589-1413

1/24   LM /w Denise to call me tommorow

1/25   FAXED OVER CHANGES

305/15

1

DEP. EXHIBIT

5

5-19-08

tabbies®

# Vinco Painting Inc.

4637 N. Forestview Ave. ● Chicago, IL 60631 ● Tel. (773) 507 – 7400 ● Fax. (773) 589 - 1413

February 29, 2008

*Via fax to 630-377-2384*

Charles E. Anderson
Secretary-Treasurer
Painters District Council 30
1905 Sequoia Drive, Suite 201
Aurora, IL 60506

Dear Mr. Anderson,

On January 25, 2008 I told you that Vinco Painting never received notice of a Joint Trade Board hearing. However, mail is still being sent to Vinco Painting's old address. Again, please correct your records to show that mail should be sent to Vinco Painting at the address listed at the top of this letter.

After I informed you on January 25th that we did not receive notice of any hearing, you told me to pay the last checks for employees and to send a check to you for $50,000 with a letter by March 13, 2008. You said that you would not cash the check, but would get the case back before the Joint Trade Board. I do not understand why you are asking for a check on one hand, and then representing that you would not cash it on the other hand. Jim Stelmasek also told me just prior to faxing me the decision the numbers were outrageous and we should ignore them.

The claims made are ridiculous and untrue. For example, attached is a check paid to Jesus Mota in the amount of $441.84, which is dated December 7, 2007, with corresponding paystub that shows Mr. Mota worked 17 hours. The documents faxed by your office to us on January 25th claim that Mr. Mota worked 13 hours and was not paid anything for his work. As the documents attached to this letter show, Mr. Mota did received gross pay in an amount exceeding his alleged claim.

The other claims made by others, including, but not limited to, Loren Deland, are also ridiculous and untrue. As you also know, Loren Deland was caught on a jobsite using and selling drugs, which prompted us to immediately terminate his employment.



EXHIBIT
9

I cannot understand how you continue to claim that we owe any money when we were prevented from submitting our position to the board, since we did not receive any notice of the hearing and you are now trying to extort money from us.

If you truly believe that Vinco Painting received notice of the hearing, please immediately provide me with the basis of your belief, including any documents that support your belief. Otherwise, please confirm in writing that the Award is invalid.

Please send to me all agreements signed by Vinco Painting, as well as any other agreements to which Vinco Painting may be bound.


Sincerely,

Denise Angelilli
Administrative Assistant