# EXHIBIT

# 5

## PAINTERS DISTRICT COUNCIL NO. 30
## JOINT TRADE BOARD
## RULES AND REGULATIONS

1. The Joint Trade Board (JTB) shall meet once every quarter and at such times during the year as the Chairman and the Secretary-Treasurer of the Joint Trade Board finds it is advisable to call such meetings. The quarterly meetings shall be set each July for the following twelve months.

2. The Chairperson shall preside at meetings and shall be entitled to vote on all matters. In the absence of the Chairperson, the Secretary-Treasurer shall preside at the meeting.

Minutes of the meetings shall be kept by the Secretary-Treasurer of the JTB and will become a permanent part of the JTB. The Secretary-Treasurer shall mail a copy of the minutes to each member of the JTB within ten days of the meeting.

3. The JTB shall hear and decide all complaints/charges and disputes arising under the Collective Bargaining Agreement, and the JTB's decision shall be binding on all parties. The procedures are:

When a written complaint/charge is received by the JTB, the Respondent shall be advised that a complaint/charge has been filed with the JTB and will be instructed to appear at the next meeting of the JTB. The written complaint/charge shall contain a concise statement of facts which constitute the complaint and shall list the sections of the Collective Bargaining Agreement which are alleged to be violated.

4. Hearings shall be scheduled upon ten (10) days notice to parties. Continuances for good cause may be granted by the JTB. Hearings shall be conducted in the following manner:

   a) Each party shall be entitled in the presence of the other party, to give testimony, produce evidence or witness.

   b) All evidence is admissible. The JTB will determine the weight and relevance of the evidence. The Chairperson and the Secretary-Treasurer shall insure that each party is able to present all pertinent information, and that each side has the opportunity to question the other. JTB members may question the parties.

   c) Following the presentation of testimony and evidence, the JTB may continue the Hearing. If additional information is deemed necessary by the JTB an extension may be granted, or the JTB may conclude the Hearing.

   d) If the JTB finds it necessary to make an inspection or investigation in connection with the Hearing, the JTB shall so advise the parties. Any party who so desires, may be present, including representatives at such an inspection or

EXHIBIT 5

investigation.

5. At the conclusion of the Hearing the JTB shall render its decision.

6. The following General Rules of Procedure shall be in effect:

a) All notices to the parties shall be by Certified Mail, Postage Prepaid, Return Receipt Requested, with a photocopy by regular U.S. Mail.

b) All proceedings shall be conducted in strict confidentiality, and only the parties, witnesses and the members of the JTB shall be present during hearings.

c) The failure of a party, against whom a complaint has been filed, to participate in any or all of the procedures set forth, shall constitute a waiver, and JTB may issue findings and formulate remedies as it deems appropriate after hearing evidence presented by Complainant.

d) The failure of a Complainant to abide by the procedures set forth, may result in a dismissal of the complaint.

e) If a real or apparent conflict of interest between a Member of the JTB and any party to a proceeding arises during the pendency of a complaint, said Member shall disqualify himself or herself from participating in the proceedings. In the event that the Chairperson and or the Secretary-Treasurer believes that a conflict exists between a member of the Joint Trade Board and any party to a proceeding, the Chairperson and the Secretary-Treasurer shall have the authority to replace such JTB Member for the purpose of deliberation on that particular case. In the event the Chairperson and or the Secretary-Treasurer is disqualified from participation, the JTB shall select a temporary Chairperson and or Secretary-Treasurer for that particular case.

# EXHIBIT

# 6

## PAINTERS DISTRICT COUNCIL 30 JOINT TRADE BOARD
### March 13, 2008

The meeting of Painters District Council 30's Joint Trade Board was called to order at 9:00 a.m. by Chairman Justin Avey. In attendance representing Painters District Council No. 30 were Charles E. Anderson, Aaron Anderson, Brian Muscat, Mark Guethle and Todd Dotson, representing the FCA of Illinois were Joe Maring, Michael LeGood, Justin Avey and Rick Vandegraft.

Minutes of the previous meeting had been distributed by e-mail. A motion was made, seconded and passed to accept the minutes as presented.

Secretary-Treasurer Anderson provided a status report on Vinco to the Board. He stated suit had been filed against Vinco for non-compliance with the Collective Bargaining Agreement, disregard for the Trade Board ruling and delinquent contributions to the Funds.

Secretary-Treasurer Anderson informed the Board that Tricor Carpentry was appealing the decision of the Trade Board. Anderson stated Tricor Carpentry was present and wished to address the Board. The Board agreed to re-open the hearing and allow Tricor Carpentry to appear before the Board. James Stelmasek, Director of Membership Servicing and District Council 30 Organizer, Lionel Espinoza (acting as an interpreter) and Member Jorge Vargas were in attendance as well as James Weber and Robert Sebastian of Tricor Carpentry. After hearing the testimony from both parties as they related to the hearing the Board's decision was as follows: TRICOR's fine for not reporting all jobs to Painters District Council 30 was reduced to a $10,000.00 fine which will be held in abeyance for a period of twelve months, provided all job reports are received at the District Council office no later than the end of business on March 14, 2008. In addition, Tricor Carpentry was instructed to send a settlement payment made payable to Jorge Vargas in the amount of $3,000.00 and a payment of delinquent contributions due on behalf of Mr. Vargas in the amount of $588.57 made payable to Painters District 30's Funds, to Painters District Council 30's office within ten days of the hearing.

**The next meeting of the Joint Trade Board was scheduled for May 14, 2008 at 9:00 a.m.**

No further business was brought before the Board the meeting was adjourned.

Respectfully submitted
Charles E. Anderson
Secretary-Treasurer



EXHIBIT 6

# EXHIBIT

# 7

# PAINTERS DISTRICT COUNCIL 30

Office of Membership Services

JAMES STELMASEK
*Director of Membership Services*

Charles Anderson, Secretary Treasurer
Painters District Council #30
1905 Sequoia Drive, Suite 201
Aurora, IL 60506

RE: Vinco Painting, Inc.
Vince Angelilli
Ph. 773-507-7400

December 28, 2007

Dear Sir and Brother,

I, James Stelmasek, District Council #30 Representative do hereby charge Vinco Painting with the following violations of the current Collective Bargaining Agreement:

<u>Article 4, Union Security:</u>  Dues Check off and Organizing & Defense Fund, Sec. 4.2 (pg. 7)
<u>Article 8, Wage Rates:</u>  Overtime Issues, Sec. 8.6 (pg. 25)
Payment of Wages and Check Stubs, Sec. 8.7 (a) and (b) (pgs. 25 & 26)
<u>Article 9, Benefit Funds:</u>  Monthly Reporting, Sec. 9.3 (b) (pg.31)

District Council #30 members Loren Deland, William Medina, Jesus Mota and Jeremy Weise worked at various locations for Vinco Decorating. All members were laid off and have not received their last paychecks even though Vince was contacted numerous times by the members and District Council Representative Brian Muscat.

Loren worked at the Palos Heights Dominick's store and did not receive overtime for two weeks that he received a paycheck and is owed second shift premium pay for the last week he worked. William worked at the same location and is owed regular and overtime pay. Jesus worked at One North LaSalle in Chicago and is owed regular and overtime pay. Jeremy worked at the Dominick's in Bloomingdale and is owed second shift premium pay. (Please see attached for dates, hours and amounts owed).

EXHIBIT 7

1905 Sequoia Drive, Suite 201,  Aurora, Illinois 60506  •  630.377.2120

Jeremy did not receive a paycheck stub for the week of October 8, 2007. Loren's pay stubs were a typed word document instead of the required detachable type.

The hours owed have not been reported to The Benefit Funds Office.

Sincerely,

*[signature]*

James Stelmasek
Director of Membership Services

# EXHIBIT

# 8

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vince Angelelli
Vinco Painting
6649 Dgallah
Chicago, IL 60631

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0002 0963 9644

102595-02-M-1540

---

$5.21 US POSTAGE FIRST-CLASS

7006 2150 0002 0963 9644

Vince Angelelli
Vinco Painting

RETURNED TO SENDER
☐ MOVED LEFT · NO ADDRESS
☐ NO SUCH NUMBER
☐ ATTEMPTED—NOT KNOWN

EXHIBIT
8

Blumberg No. 5208

# EXHIBIT

# 9

## Berglund & Mastny, P.C.

**From:** U.S._Postal_Service_ [U.S._Postal_Service@usps.com]
**Sent:** Friday, April 18, 2008 1:56 AM
**To:** David Huffman-Gottschling
**Subject:** U.S. Postal Service Track & Confirm email Restoration - 7006 2150 0002 0963 9644

This is a post-only message. Please do not respond.

David Huffman-Gottsch has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7006 2150 0002 0963 9644

Service Type: Certified

| Shipment Activity | Location | Date & Time |
| --- | --- | --- |
| Delivered | AURORA IL 60506 | 01/14/08 11:27am |
| Moved, Left no Address | CHICAGO IL 60631 | 01/07/08 3:37pm |
| Arrival at Unit | CHICAGO IL 60631 | 01/05/08 8:35am |
| Acceptance | AURORA IL 60506 | 01/03/08 11:53am |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

EXHIBIT 9

4/18/2008

# EXHIBIT

# 10



EXHIBIT 10