Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1163 | **DATE** | 6/12/08 |
| **CASE TITLE** | PAINTERS DISTRICT COUNCIL NO. 30 vs. VINCO PAINTING, INC. | | |

**DOCKET ENTRY TEXT**

Defendant/counter-plaintiff's motion for summary judgment [18] is taken under advisement. Plaintiff's response shall be filed by July 1, 2008; defendant's reply, if any, is due by July 9, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|