# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1163 | **DATE** | 6/19/08 |
| **CASE TITLE** | PAINTERS DISTRICT COUNCIL NO. 30 vs. VINCO PAINTING | | |

**DOCKET ENTRY TEXT**

Defendant/counter-plaintiff's motion to extend the deadline for replying to summary judgment motions from July 9, 2008 to July 16, 2008 [23] is granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-01163  Document 26  Filed 06/19/2008  Page 1 of 1

08C1163 PAINTERS DISTRICT COUNCIL NO. 30 vs. VINCO PAINTING    Page 1 of 1