**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30, ) | |
| ) | |
| Plaintiff, ) | 08 C 1163 |
| v. ) | |
| ) | |
| VINCO PAINTING INC., ) | Judge Conlon |
| ) | Magistrate Judge Ashman |
| Defendant. ) | |
| ) | |

**NOTICE OF FILING**

TO:   Sherrie E. Voyles
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Ste. 1720
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on the 8th day of July 2008, I electronically filed with the Clerk of the Court Defendant's Response to Plaintiff's Local Rule 56.1Statement and Defendant's Memorandum In Opposition To Plaintiff's Motion For Summary Judgement, copies of which are attached and hereby served upon you.

**CERTIFICATE OF SERVICE**

Under penalties of perjury of the laws of the United States of America I declare that I caused this NOTICE OF FILING and Defendant's Response to Plaintiff's Local Rule 56.1Statement and Defendant's Memorandum In Opposition To Plaintiff's Motion For Summary Judgement upon Sherrie E. Voyles pursuant to ECF as to filing users on this 8th day of July 2008.

/ s/ Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234