IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30, | ) | |
| | ) | |
| Plaintiff/Counterdefendant | ) | 08-cv-1163 |
| v. | ) | |
| | ) | |
| VINCO PAINTING INC., | ) | Judge Conlon |
| | ) | Magistrate Judge Ashman |
| Defendant/Counterplaintiff | ) | |

NOTICE OF FILING

TO:   David Huffman-Gottschling
      Jacobs, Burns, Orlove, Stanton & Hernandez
      122 South Michigan Ave., Ste. 1720
      Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on the 15th day of July 2008, I electronically filed with the Clerk of the Court **Reply to Plaintiff's Response to Defendant's LR 56.1 Statement of Undisputed Material Facts**, and **Defendant/Counter plaintiff's Amended Memorandum in Opposition to Plaintiff/Counter defendant's Motion for Summary Judgment**, copies of which are attached and hereby served upon you.

**CERTIFICATE OF SERVICE**

Under penalties of perjury of the laws of the United States of America I declare that I caused this NOTICE OF FILING and **Reply to Plaintiff's Response to Defendant's LR 56.1 Statement of Undisputed Material Facts**, and **Defendant/Counter plaintiff's Amended Memorandum in Opposition to Plaintiff/Counter defendant's Motion for Summary Judgment** upon David Huffman-Gottschling pursuant to ECF as to filing users on this 15th day of July 2008.

                                        / s/ Joseph P. Berglund

Joseph P. Berglund
BERGLUND & MASTNY, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
(630) 990-0234