UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Painters District Council No. 30,

    Plaintiff/Counterdefendant,

v.

Vinco Painting Inc.,

    Defendant/Counterplaintiff.

Case No. 08-cv-1163
Judge Conlon
Magistrate Judge Ashman

## NOTICE OF MOTION

To:  Joseph P. Berglund
      Berglund & Mastny, P.C.
      1010 Jorie Blvd., Ste. 370
      Oak Brook, IL 60523-4467

**PLEASE TAKE NOTICE** that on Tuesday, July 29, 2008, at 9:00 AM, I shall appear before the Honorable Suzanne B. Conlon of the Northern District of Illinois, Eastern Division, in her courtroom located at 219 South Dearborn Street, Room 1743, Chicago, Illinois, and then and there present Plaintiff's Motion to Strike, a copy of which has been served upon you.

                                                    s/ David Huffman-Gottschling
                                                   One of Plaintiff's Attorneys

David Huffman-Gottschling
ARDC No. 6269976
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, Illinois 60603-6145
(312) 372-1646

## CERTIFICATE OF SERVICE

I, David Huffman-Gottschling, an attorney, certify that I caused the foregoing document to be served electronically upon the person listed above by filing it using the ECF system on July 22, 2008.

                                                     s/ David Huffman-Gottschling
                                                   David Huffman-Gottschling