Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1163 | **DATE** | 7/29/2008 |
| **CASE TITLE** | PAINTERS DISTRICT COUNCIL NO. 30 vs. VINCO PAINTING, INC. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to strike [41] is denied. Motions to strike are disfavored. *Redwood v. Dobson*, 476 F.3d 462, 470-71 (7th Cir. 2007).

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-01163   Document 43   Filed 07/29/2008   Page 1 of 1

08C1163 PAINTERS DISTRICT COUNCIL NO. 30 vs. VINCO PAINTING, INC.                                    Page 1 of 1