# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1163 | **DATE** | 8/6/2008 |
| **CASE TITLE** | PAINTERS DISTRICT COUNCIL NO. 30 v. VINCO PAINTING INC. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for summary judgment to confirm the abitration award [14] is denied. Defendant's motion to vacate the arbitration award [18] is granted. Summary judgment is entered for defendant Vinco Painting Inc. and against plaintiff Painters District Council No. 30. This dispute is remanded to the Joint Trade Board. ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

08 C 1163 PAINTERS DISTRICT COUNCIL NO. 30 v. VINCO PAINTING INC.

Page 1 of 1