## Itemization of Costs

|  | Amount | Exhibit |
|---|---|---|

### A. Fees of the Court Reporter for All or Any Part of the Transcript Necessarily Obtained for Use in the Case

1. Deposition of Charles Anderson - original transcript -
   5/19/08 - 44 pp at $3.50 per page  $ 146.30[1]   A

2. Deposition of James Stelmasek - original transcript -
   5/19/08 - 18 pp at $3.50 per page  $ 59.85   A

3. Attendance at depositions of C. Anderson and J. Stelmasek  $ 85.50   A

### B. Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case

1. Photocopies of Vinco's Rule 26 Disclosures - 4/17/08 - 4 pp  $ .80   B

2. Photocopies of Vinco's Answer to Requests for Admission -
   5/27/08 - 4 pp  $ .80   B

3. Photocopies of exhibits for depositions of C. Anderson
   including copies for deponent, plaintiff's counsel,
   defendant's counsel - 5/19/08 - (84 x 3) = 252 pp  $ 50.40   B

4. Photocopies of Vinco's Response and Request for Production
   and Answer to Interrogatories - 6/2/08 - 10 pp  $ 2.00   B

5. Photocopies of Vinco's document production - 6/2/08 -
   31 pp  $ 6.20   B

6. Photocopies of Vinco's Motion for Summary Judgment,
   Memorandum and Statement of Material Fact, including
   copies for court and file - 6/6/08 - (245 pp x 2) = 490 pp  $ 98.00   B

---

[1] Fees for deposition transcripts are limited to rates established by the Judicial Conference. *See* Local Rule 54.1(b). Currently, $3.65 is the maximum per page rate for original transcripts set by the judicial conference. United States District Court, Maximum Transcript Rates - All Parties (per page), *available at* http://www.ilnd.uscourts.gov/Clerks_office/crtreporter/trnscrpt.htm (updated Oct. 29, 2007). The page rate of $3.50 per page is not only under the maximum amount allowed, but the final amounts requested in A 1, 2, and 3 herein include a 5% discount offered by the court reporter agency of Sonnetag Reporting Service as set forth at the bottom of its invoice attached hereto as Exhibit A.

Page Two

|  | **Amount** | **Exhibit** |
|---|---|---|

7. Photocopies Vinco's Memorandum in Opposition to Plaintiff's Summary Judgment Motion and Response to Statement of Material Facts including copies for court and file - (40 pp x 2) = 80 pp     $ 16.00    B

8. Photocopies of Vinco's Reply Memorandum and Reply to Union's Response to Vinco's Statement of Material Facts including copies for court and file - 7/16/08 - (60 pp x 2) = 120 pp     $ 24.00    B

9. Photocopies of Memorandum Opinion and Order - 8/7/08 - 8 pp     $ 1.60    B

# EXHIBIT

# A

Case 1:08-cv-01163　　Document 47-2　　Filed 08/20/2008　　Page 3 of 6

# SONNTAG REPORTING SERVICE Ltd.
### CHICAGO • GENEVA • ST. CHARLES • WHEATON

**INVOICE**

To:
Mr. Joseph P. Berglund
Berglund & Niew
Suite 122
900 Jorie Boulevard
Oak Brook, IL  60523-2229

Invoice No. : 72271
Inv. Date   : 06/02/2008
Job Date    : 05/19/2008
Job No.     : 54682
Reporter    : KSF
Firm Code   : BERGNI00
Ref. No.:
Tax ID #    : 36-2778613
Shipped     : 06/02/2008

Caption: 08 CV 1163
PAINTERS DIST. COUNCIL NO. 30
VS.
VINCO PAINTING, INC.

| DESCRIPTION | | QTY | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|
| CHUCK ANDERSON | ORIGINAL TRANSCRIPT | 1 | 44 | 3.50 | 154.00 |
| JIM STELMASEK | ORIGINAL TRANSCRIPT | 1 | 18 | 3.50 | 63.00 |
| | Attendance | | | | 90.00 |
| | WORD INDEX-NO CHARGE | | | | 0.00 |
| | S & H FEDERAL EXPRESS | | | | 8.00 |

Total Amount Due    315.00

Deduct 5%  if paid by 07/02/2008




P.O. Box 147  •  Geneva, IL 60134
800.232.0265  •  Fax 630.232.4999
sonntagreporting.com  •  We accept VISA MasterCard


EXHIBIT A

# EXHIBIT

# B

DECLARATION OF JOSEPH P. BERGLUND

I, Joseph P. Berglund, declare under penalties of perjury under the laws of the United States of America that the following is true and correct:

1.      I have personal knowledge of the facts set forth in this declaration.

2.      I have been licensed to practice law in the state of Illinois and in the United States District For the Northen District of Illinois since 1990. I am a shareholder and keeper of records in the lawfirm of Berglund & Mastny, P.C. ("Firm"). I represented and rendered legal services to Vinco Painting, Inc. in Case No. 03 CV 6867. I reviewed the records of the Firm and the casefile maintained by the Firm and verified that the Firm photocopied documents for Vinco at the rate of $0.20 per page.

3.      The foregoing Itemization of Fees of the Court Reporter for All or Any Part of the Transcript Necessarily Obtained for Use in the Case and the Itemization of Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case represent costs that are correct, were necessarily incurred for use in Case No. 03 CV 6867 as set forth in such Itemization and were charged to Vinco.

    /s/Joseph P. Berglund

    Dated:   August 20, 2008



EXHIBIT B