# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1163 | **DATE** | 8/25/2008 |
| **CASE TITLE** | PAINTERS DISTRICT COUNCIL NO. 30 vs. VINCO PAINTING, INC | | |

**DOCKET ENTRY TEXT**

Counter plaintiff's bill of costs is taken under advisement. Any objections shall be filed by 9/5/08.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|